DANA S. MARTINEZ (SBN 205453)
dmartinez@bushgottlieb.com
BUSH GOTTLIEB, a Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Sammy Y. Sugiura (*Pro Hac Vice* to be submitted)
ssugiura@mooneygreen.com
MOONEY, GREEN, SAINDON,
MURPHY & WELCH, P.C.
1620 Eye Street, NW, STE 700
Washington, DC 20006
Phone: 202-783-0010
Fax: 202-7883-6088
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| STEPHEN BAKER, ROMAN DE LA TORRE, ANTHONY GAMBOA, RODOLFO GUTIERREZ, ANDRES SAENZ, III, and JAN-ERIK SWARTZ, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>CITY OF LOS ANGELES, CALIFORNIA<br><br>Defendant. | Case No.: 2:26-cv-1016<br><br>**COMPLAINT** |

**<u>COLLECTIVE ACTION COMPLAINT</u>**

Plaintiffs Stephen Baker, Roman De La Torre, Anthony Gamboa, Rodolfo Gutierrez, Andres Saenz, III, and Jan-Erik Swartz (collectively Plaintiffs) file this action on behalf of themselves and all other similarly situated individuals for violations of the

Fair Labor Standards Act ("FLSA" – 29 U.S.C. §§ 201, *et seq.*) by Defendant the City of Los Angeles, California ("City of Los Angeles").

## PRELIMINARY STATEMENT

1. For years, the Los Angeles Fire Department ("LAFD") implemented a policy and practice which forced LAFD employees to work after their shift had ended, without pay ("Early Relief Practice"). This Early Relief Practice by the LAFD was the subject of a prior lawsuit involving Defendant. *See Daniel Gonzalez et al v. City of Los Angeles et al*, C.A. No. 5:23-cv-00222-SSS-SHK (C.D. Cal. 2023).

2. The dispute in Gonzalez involved approximately 1,146 current and former employees of the LAFD who alleged that Defendant failed to pay them wages pursuant to Defendant's Early Relief Practice, in violation of the FLSA. That dispute was settled by agreement of the parties on May 30, 2025, for $9,500,000.

3. Plaintiffs are initiating this dispute on behalf of themselves and all other similarly situated individuals who were subject to Defendant's Early Relief Practice, forced to perform work for Defendant without pay, and unable to join the collective action dispute that was filed in Gonzalez.

4. Plaintiffs are current or former employees of the LAFD who were subjected to Defendant's Early Relief Practice and were denied payment of wages and overtime, in violation of the FLSA. This FLSA Collective Action is comprised of any individual who worked for the LAFD at any time within three years prior to this action's filing date through the disposition of this matter ("Collective Action Period"), and who was subjected to Defendants' Early Relief Practice which resulted in those individuals

performing work for Defendant without pay after they completed a 24-hour shift ("LAFD Collective"). In addition, members of this FLSA Collective Action are individuals who did not opt into the settlement that was approved in the *Gonzalez* matter. *See Daniel Gonzalez et al v. City of Los Angeles et al*, C.A. No. 5:23-cv-00222-SSS-SHK (C.D. Cal. 2023).

5. Plaintiffs and other members of the LAFD Collective are initiating this action to recover unpaid overtime compensation, liquidated damages, attorneys' fees and costs, and all other available relief from Defendant pursuant to the FLSA.

**THE PARTIES**

6. Plaintiff Stephen Baker is a resident of Riverside County, California who worked for the LAFD during the Collective Action Period. Plaintiff Baker is currently a Captain I with the LAFD, and as a member of the LAFD Collective, Plaintiff Baker was subjected to Defendant's Early Relief Practice, which resulted in Plaintiff Baker regularly working for Defendant without pay after he completed a 24-hour shift.

7. Plaintiff Roman De La Torre is a resident of Los Angeles County, California who worked for the LAFD during the Collective Action Period. Plaintiff De La Torre is currently a Firefighter/Paramedic with the LAFD, and as a member of the LAFD Collective, Plaintiff De La Torre was subjected to Defendant's Early Relief Practice, which resulted in Plaintiff De La Torre regularly working for Defendant without pay after he completed a 24-hour shift.

8. Plaintiff Anthony Gamboa is a resident of Los Angeles County, California who worked for the LAFD during the Collective Action Period. Plaintiff Gamboa is

currently an Apparatus Operator with the LAFD, and as a member of the LAFD Collective, Plaintiff Gamboa was subjected to Defendant's Early Relief Practice, which resulted in Plaintiff Gamboa regularly working for Defendant without pay after he completed a 24-hour shift.

9. Plaintiff Gutierrez is a resident of San Bernardino, California who worked for the LAFD during the Collective Action Period. Plaintiff Gutierrez is currently a Firefighter III/Dispatcher with the LAFD, and as a member of the LAFD Collective, Plaintiff Gutierrez was subjected to Defendant's Early Relief Practice, which resulted in Plaintiff Gutierrez regularly working for Defendant without pay after he completed a 24-hour shift.

10. Plaintiff Andres Saenz, III, is a resident of Riverside County, California who worked for the LAFD during the Collective Action Period. Plaintiff Saenz is currently a Captain I with the LAFD, and as a member of the LAFD Collective, Plaintiff Saenz was subjected to Defendant's Early Relief Practice, which resulted in Plaintiff Saenz regularly working for Defendant without pay after he completed a 24-hour shift.

11. Plaintiff Jan-Erik Swartz is a resident of Los Angeles County, California who worked for the LAFD during the Collective Action Period. Plaintiff Swartz is currently a Firefighter/Paramedic with the LAFD, and as a member of the LAFD Collective, Plaintiff Swartz was subjected to Defendant's Early Relief Practice, which resulted in Plaintiff Swartz regularly working for Defendant without pay after he completed a 24-hour shift.

12. Pursuant to 29 U.S.C. §§ 216(b) and 256, Plaintiffs herein and other members of the LAFD Collective have each executed and hereby filed with the Court their respective consents in writing to become a party Plaintiff in this action, which are appended hereto as Exhibit A. Should other individuals similarly situated seek to join this action, their consents will be filed with the Court. These written consent forms set forth each Plaintiff's name and their intent to become a party to this suit.

13. Defendant City of Los Angeles is a public agency within the meaning of 29 U.S.C. §203(x) and an employer as defined by 29 U.S.C. § 203(d), which, at all times relevant, employed Plaintiffs and other members of the LAFD Collective. Upon information and belief, the City of Los Angeles was aware of its obligations under the FLSA to Plaintiffs and other members of the LAFD Collective.

14. Defendant City of Los Angeles is an "enterprise" as defined by 29 U.S.C. § 203(r), including as defined by 29 U.S.C. § 203(r)(2)(C). Defendant City of Los Angeles is an "enterprise engaged in commerce or in the production of goods for commerce" as defined in 29 U.S.C. § 203(s), including in 29 U.S.C. § 203(s)(1)(C).

## **JURISDICTION AND VENUE**

15. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 in that Plaintiffs' claims arise under the laws of the United States and Plaintiffs seek redress for violations of federal laws.

16. Venue is proper in this district pursuant to 28 U.S.C. § 1391, as Defendant is located within the Central District of California and a substantial part of the events and omissions giving rise to this action occurred within the Central District of California.

## FACTUAL BACKGROUND

17. During the Collective Action Period, Defendant instituted its Early Relief Practice to manage inadequate staffing levels throughout the LAFD. In theory, Defendant's Early Relief Practice was intended to be used sparingly and to ensure coverage between shift changes. In reality, Defendant's Early Relief Practice was used regularly and resulted in Plaintiffs and other members of the LAFD Collective being forced to work for free.

18. Defendant's Early Relief Practice involved LAFD employees who were working 24-hour shifts (aka "platoon" shifts), during which those employees were scheduled to begin work at 8:00 a.m. and end work at 8:00 a.m. the following day.

19. However, due to Defendant's Early Relief Practice, Plaintiffs and other members of the LAFD Collective were required to perform work-related tasks for Defendant at 6:30 a.m., which included but was not limited to performing inspections of apparatuses, donning safety gear, preparing to respond to emergency calls, and responding to emergency calls.

20. As a result, during the Collective Action Period, Defendant effectively changed the starting and ending time of the 24-hour platoon shift for Plaintiffs and other members of the LAFD Collective from 8:00 a.m. to 6:30 a.m.

21. Under Defendant's Early Relief Practice, Plaintiffs and other members of the LAFD Collective were regularly held over and forced to work past their 6:30 a.m. end-of-shift time whenever (a) members of the next shift had not arrived to relieve that employee, (b) Defendant ordered a recall, and/or (c) Defendant made a unilateral staffing

decision to hold employees past their shift. In both situations, Defendant prohibited Plaintiffs and other members of the LAFD Collective from leaving their station and required those individuals to continue working, without payment, until Defendant permitted them to stop working and allowed them to go home.

22. Under Defendant's Early Relief Practice, Plaintiffs and other members of the LAFD Collective frequently performed work for Defendant past their 6:30 a.m. end time without pay. For example,

a. Plaintiff Baker was held over past the end of his shift and was forced to perform work, without payment, on the following dates: April 8, 2023, July 3, 2023, and November 6, 2024. From these shifts alone, it is believed that Plaintiff Baker is owed at least 4.5 hours of overtime wages due to Defendant's Early Relief Practice for these periods. Plaintiff Baker alleges that there were other instances during the Collective Action Period during which he was held over past the end of his shift and was forced to work, without payment, in violation of the FLSA.

b. Plaintiff De La Torre was held over past the end of his shift and was forced to perform work, without payment, on the following dates: January 7, 2025 and January 14, 2026. From these shifts alone, it is believed that Plaintiff De La Torre is owed at least 3 hours of overtime wages due to Defendant's Early Relief Practice for these periods. Plaintiff De La Torre alleges that there were other instances during the Collective Action Period during which he was held over past the end of his shift and was forced to work, without payment, in violation of the FLSA.

c. Plaintiff Gamboa was held over past the end of his shift and was forced to perform work, without payment, on the following dates: July 1, 2023, January 11, 2025, January 20, 2025, and January 22, 2025. From these shifts alone, it is believed that Plaintiff Gamboa is owed at least 6 hours of overtime wages due to Defendant's Early Relief Practice for these periods. Plaintiff Gamboa alleges that there were other instances during the Collective Action Period during which he was held over past the end of his shift and was forced to work, without payment, in violation of the FLSA.

d. Plaintiff Gutierrez was held over past the end of his shift and was forced to perform work, without payment, on the following dates: January 22, 2023,

February 12, 2023, March 11, 2023, and April 8, 2023. From these shifts alone, it is believed that Plaintiff Gutierrez is owed at least 6 hours of overtime wages due to Defendant's Early Relief Practice for these periods. Plaintiff Gutierrez alleges that there were other instances during the Collective Action Period during which he was held over past the end of his shift and was forced to work, without payment, in violation of the FLSA.

e. Plaintiff Saenz was held over past the end of his shift and was forced to perform work, without payment, on the following dates: January 8, 2025, January 15, 2025, January 17, 2025, and January 19, 2025. From these shifts alone, it is believed that Plaintiff Saenz is owed at least 6 hours of overtime wages due to Defendant's Early Relief Practice for these periods. Plaintiff Saenz alleges that there were other instances during the Collective Action Period during which he was held over past the end of his shift and was forced to work, without payment, in violation of the FLSA.

f. Plaintiff Swartz was held over past the end of his shift at 6:30 a.m. and was forced to perform work, without payment, on the following dates: November 10, 2024; December 14, 2024; December 23, 2024; and February 8, 2025. From these shifts alone, it is believed that Plaintiff Swartz is owed at least 6 hours of overtime wages due to Defendant's Early Relief Practice for these periods. Plaintiff Swartz alleges that there were other instances during the Collective Action Period during which he was held over past the end of his shift at 6:30 a.m. and was forced to work, without payment, in violation of the FLSA.

23. Plaintiffs and other members of the LAFD Collective are covered by the FLSA and are entitled to overtime compensation at the rate of one and one-half times their regular rates of pay for all hours worked in excess of the maximum hours provided in 29 U.S.C. § 207. The FLSA permits public agencies like the City of Los Angeles to adopt an alternative work period for employees who are engaged in fire protection activities ("Section 7(k) Exemption"). 29 U.S.C. § 207(k). Some members of the LAFD Collective are subject to the FLSA's Section 7(k) Exemption, and others are protected by the FLSA's requirement to pay overtime wages for any work performed over 40 hours during a workweek. 29 U.S.C. § 207(a).

24. Upon information and belief, Defendant is aware that Plaintiffs and other members of the LAFD Collective were owed overtime wages throughout the Collective Action Period because Defendant routinely ordered and/or regularly required members of the LAFD Collective to work past the end of their platoon shift, without pay, pursuant to Defendant's Early Relief Practice. As a result, Defendant has violated 29 U.S.C. § 207. Such violations are redressable by Plaintiffs and the other members of the LAFD Collective as an affected employed pursuant to 29 U.S.C. § 216(b).

**COLLECTIVE ACTION ALLEGATIONS**

25. Plaintiffs and other members of the LAFD Collective are initiating this action as an FLSA collective action pursuant to 29 U.S.C. § 216(b), because during the Collective Action Period they regularly worked for Defendant, without pay, after their shift ended at 6:30 a.m., pursuant to Defendant's Early Relief Practice.

26. During the Collective Action Period, Defendant knew that Plaintiffs and other members of the LAFD Collective were prohibited from leaving the station at 6:30 a.m. if Defendant recalled them to duty, if their relief had not arrived at the station, and/or for any other staffing-related reason. During these holdover periods, Plaintiffs and other members of the LAFD Collective were forced to work, without pay, until Defendant permitted them to leave the station.

27. Upon information and belief, Defendant was aware that its Early Relief Practice deprived Plaintiffs and other members of the LAFD Collective of wages and overtime, in violation of the FLSA.

28. Collective treatment of Plaintiffs' FLSA claims is proper because members of the LAFD Collective are "similarly situated" within the meaning of 29 U.S.C. § 216(b) as a factual nexus exists between the manner in which Defendant deprived Plaintiffs' of overtime compensation under the FLSA and the manner in which Defendant's conduct also deprived other members of the LAFD Collective of overtime compensation under the FLSA.

29. Accordingly, Plaintiffs' collective action claims derive from a single course of conduct by Defendant. The objective facts are essentially the same for Plaintiffs and other members of the LAFD Collective. Within each claim for relief, the same legal standards under federal law govern.

30. The named Plaintiffs have consented in writing to be a part of this action, pursuant to 29 U.S.C. § 216(b). Consent forms for other members of the LAFD Collective are attached to this Complaint as Exhibit A.

## STATEMENT OF CLAIMS

### COUNT I

Violations of the FLSA
Failure to Pay Overtime
(Plaintiffs and the LAFD Collective v. Defendant City of Los Angeles, California)

31. Plaintiffs and other members of the LAFD Collective incorporate by reference the allegations in Paragraphs 1 through 30, as if fully set forth herein.

32. The FLSA requires Defendant to compensate all non-exempt employees at a rate of not less than one and one-half times the regular rate of pay for work performed in excess of forty hours per work week. However, the FLSA provides a partial exemption

for employees engaged in fire protection activities. *See* 29 U.S.C. § 207(k). If an employer adopts an alternative work period for its employees based on the Section 7(k) Exemption, it must pay overtime compensation to its employees at a rate not less than one and one-half times their regular rate of pay for hours of work in excess of 53 hours in a 7-day work period or in excess of 212 hours in a maximum 28-day work period (or in excess of a proportionate number of hours for work periods between 7 and 28 days). 29 U.S.C. § 207(k); 29 C.F.R. § 553.230.

33. During the Collective Action Period, Defendant adopted an alternative work period pursuant to the Section 7(k) Exemption which required Plaintiffs and some members of the LAFD Collective to work more than 204 hours during a 27-day work period before they were able to earn overtime compensation. Other members of the LAFD Collective were entitled to overtime compensation after working more than 40 hours during a 7-day period.

34. During the Collective Action Period, Plaintiffs and other members of the LAFD Collective worked in excess of the statutory maximum number of hours provided by the FLSA, without receiving compensation for such excess hours at a rate of one and one-half times the regular rate at which they were employed. 29 U.S.C. §§ 207(a), (k).

35. Defendant's failure and refusal to provide Plaintiffs and some members of the LAFD Collective overtime pay at the proper rate for the hours they have worked in excess of 204 hours during a 27-day work period, as required by the FLSA, wrongly deprives them of the overtime compensation that has been due to them during the Collective Action Period.

36. Defendant's failure and refusal to provide other members of the LAFD Collective, who are not subject to the Section 7(k) Exemption, overtime pay at the proper rate for the hours they have worked in excess of 40 hours during a 7-day work period, as required by the FLSA, wrongly deprives them of the overtime compensation that has been due to them during the Collective Action Period.

37. The FLSA also requires Defendant to create and maintain records which accurately record the total hours worked by each employee, every week. 29 CFR § 552.110(a). As part of its Early Relief Practice, Defendant deliberately failed to record all the time worked by Plaintiffs and other members of the LAFD Collective after their shifts ended.

38. As a result of Defendant's willful violations of the FLSA, overtime compensation has been unlawfully withheld by Defendant from Plaintiffs and other members of the LAFD Collective for which Defendant is liable pursuant to 29 U.S.C. §§ 216(b) and 255, together with an additional amount as liquidated damages, interest, reasonable attorneys' fees, and the costs of this action.

39. As a result of Defendant's willful and purposeful violation of the FLSA, there have become due and owing to Plaintiffs and other members of the LAFD Collective an amount that has not yet been precisely determined. The employment and work records for Plaintiffs and other members of the LAFD Collective are in the exclusive possession, custody and control of Defendants and Plaintiffs and other members of the LAFD Collective are unable to state at this time the exact amount owing to them. Defendant is under a duty imposed by the FLSA, 29 U.S.C. § 211(c), and the

regulations of the United States Department of Labor, to maintain and preserve payroll and other employment records with respect to Plaintiffs and the other members of the LAFD Collective from which the amount of Defendant's liability can be ascertained.

**REQUESTS FOR RELIEF**

Accordingly, Plaintiffs and other members of the LAFD Collective request that this Court enter judgment on their behalf and enter an order directing the award of other relief, as follows:

A. Declaring this action to be an FLSA collective action properly maintained under 29 U.S.C. § 216(b);

B. Entering an order requiring Defendant to provide Plaintiffs with the names, contact information, work schedules, and compensation received for all members of the LAFD Collective who worked for Defendant during the Collective Action Period;

C. Entering an order directing that notice and opportunity to opt-in be given to all members of the LAFD Collective who worked for Defendant during the Collective Action Period;

D. Declaring that Defendant has willfully, unreasonably, wrongfully, and without good faith, violated its statutory and legal obligations, and deprived each Plaintiff of his/her rights, protections and entitlements under federal law, as alleged in this Complaint;

E. Order a complete and accurate accounting of all the unpaid compensation to which each member of the LAFD Collective is entitled;

F. Enter judgment against Defendant and award each Plaintiff monetary damages in the form of back pay compensation, liquidated damages equal to his/her unpaid compensation, plus pre-judgment and post-judgment interest;

G. Award Plaintiffs and the other members of the LAFD Collective their reasonable attorneys' fees, as well as costs and disbursement of this action; and

H. Award Plaintiffs and the other members of the LAFD Collective such other further relief as the Court deems necessary and proper.

Dated: January 30, 2026

Respectfully submitted,

/s/ Dana Martinez
DANA S. MARTINEZ (SBN 205453)
BUSH GOTTLIEB, A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
dmartinez@bushgottlieb.com

/s/ Sammy Sugiura
Sammy Y. Sugiura
(*Pro Hac Vice* to be submitted)
MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.
1620 Eye Street, NW, STE 700
Washington, DC 20006
Phone: 202-783-0010
Fax: 202-7883-6088
ssugiura@mooneygreen.com

***Counsel for Plaintiffs***

# EXHIBIT A

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Abbott David

Last First Middle

**ADDRESS** 2105 Malton Ave

Simi Valley CA 93063

City State Zip Code

**PHONE:** 8053906625 **EMAIL:** dabbott09@gmail.com

**PLAINTIFF'S SIGNATURE:**

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** ABBOTT | ANDREW | DEI'SHAWN

Last | First | Middle

**ADDRESS** 3570 FELA AVE

LONG BEACH | CA | 90808

City | State | Zip Code

**PHONE:** 5627044889 **EMAIL:** abbott.andrew26@gmail.com

**PLAINTIFF'S SIGNATURE:** ANDREW D. ABBOTT (Jan 14, 2026 19:56:32 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Last | First | Middle |
| --- | --- | --- |
| Abbott | Samuel | James |

**ADDRESS** 22022 hula circle

| City | State | Zip Code |
| --- | --- | --- |
| Huntington Beach | Ca | 92646 |

**PHONE:** 6572370618 **EMAIL:** sjabbott1@gmail.com

**PLAINTIFF'S SIGNATURE:** Samuel Abbott (Jan 10, 2026 13:12:54 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Abdul Jabbar Hasan Ali

Last First Middle

**ADDRESS** 1762 Bern Dr

Corona Ca 92882

City State Zip Code

**PHONE:** 6197606382 **EMAIL:** hasanabduljabbar0@gmail.com

**PLAINTIFF'S SIGNATURE:** Hasan (Jan 14, 2026 22:14:19 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Abram Keeley Fabienne

Last First Middle

**ADDRESS** 845 Maryland street

El segundo Ca 90245

City State Zip Code

**PHONE:** 3109472675 **EMAIL:** keeley.abram@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Keeley Abram (Jan 13, 2026 15:44:32 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Acosta Brian Geovanny
Last First Middle

**ADDRESS** 37473 Rockie Lane

Palmdale CA 93552
City State Zip Code

**PHONE:** 6266162437 **EMAIL:** brianacosta24@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Brian Acosta (Jan 16, 2026 09:29:58 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Agor Tanner Scott
Last First Middle

**ADDRESS** 3402 Meadow View drive

Oceanside California 92058
City State Zip Code

**PHONE:** 8053412657 **EMAIL:** tanneragor@gmail.com

**PLAINTIFF'S SIGNATURE:** Tanner Agor (Jan 8, 2026 17:42:37 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Vasquez Aguilar | Ricardo | |
| | Last | First | Middle |
| **ADDRESS** | 8360 Delco Ave | | |
| | Winnetka | CA | 91306 |
| | City | State | Zip Code |

**PHONE:** 8185907874 **EMAIL:** ricardovasquezaguilar7@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Ricardo Vasquez Aguilar (Jan 16, 2026 17:26:43 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ahern-Price Patrick Ian

Last First Middle

**ADDRESS** 1869 Brush Oak Ct

Newbury Park Ca 91320

City State Zip Code

**PHONE:** 8054274353 **EMAIL:** ian.irish@me.com

**PLAINTIFF'S SIGNATURE:** [signature]

Patrick Ahern-Price (Jan 13, 2026 09:35:41 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Albarran Daniel Cole
Last First Middle

**ADDRESS** 330 Genial Ct

Simi Valley CA 93065
City State Zip Code

**PHONE:** 8059075246 **EMAIL:** dcalbarran@gmail.com

**PLAINTIFF'S SIGNATURE:**
Daniel Cole Albarran (Jan 9, 2026 16:32:36 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Alvares Jesus

Last First Middle

**ADDRESS** 27612 Sawtooth Ln.

Canyon Country CA 91387

City State Zip Code

**PHONE:** 2396035518 **EMAIL:** jalvares323@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jesus Alvares (Jan 13, 2026 14:53:24 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Alvarez Fernando

Last First Middle

**ADDRESS** 13654 Mulberry Dr.

Whittier CA 90605

City State Zip Code

**PHONE:** 5625362420 **EMAIL:** fernalvarez88@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Fernando Alvarez (Jan 9, 2026 15:43:41 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Andrews Ryan Thomas

Last First Middle

**ADDRESS** 2278 rockdale ave

Simi Valley CA 93063

City State Zip Code

**PHONE:** 8056253648 **EMAIL:** ryan.andrews03@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Ryan Andrews (Jan 13, 2026 08:04:42 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Aristakessian Hagop Kris

Last First Middle

**ADDRESS** 2764 Fairmount Ave

La Crescenta CA 91214

City State Zip Code

**PHONE:** 8183831194 **EMAIL:** hagop10@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Hagop Aristakessian (Jan 10, 2026 17:48:58 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Last | First | Middle |
|---|---|---|
| Armendariz | Matthew | Octavio |

**ADDRESS** 4502 Aviara dr

| City | State | Zip Code |
|---|---|---|
| Bakersfield | CA | 93312 |

**PHONE:** 6613780962 **EMAIL:** armendariz79@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Matthew Octavio Armendariz (Jan 14, 2026 12:59:44 CST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Atkins Kyle Laurence
Last First Middle

**ADDRESS** 4703 Greenmeadows Ave

Torrance CA 90505
City State Zip Code

**PHONE:** 3107487929 **EMAIL:** k.l.atkins90@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Kyle Atkins (Jan 13, 2026 20:15:51 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Avina Jason Patrick

Last First Middle

**ADDRESS** 786 Rudman Dr

Newbury Park CA 91320

City State Zip Code

**PHONE:** 8052790483 **EMAIL:** jasonpavina@gmail.com

**PLAINTIFF'S SIGNATURE:** Jason Avina (Jan 11, 2026 18:15:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Avina Oscar

Last First Middle

**ADDRESS** 1756 n Verdugo rd apt 19

Glendale Ca 91208

City State Zip Code

**PHONE:** 8184332592 **EMAIL:** avina_oscar05@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Oscar Avina (Jan 17, 2026 14:35:47 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Baghdasarian Edwin

Last First Middle

**ADDRESS** 718 E. Glenoaks blvd

Glendale CA 91207

City State Zip Code

**PHONE:** 8189138785 **EMAIL:** edwinbaghdasarian@gmail.com

**PLAINTIFF'S SIGNATURE:** Edwin

Edwin (Jan 9, 2026 10:36:22 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Baham, Jr — Jack — Anthony

Last — First — Middle

**ADDRESS** 7393 Reserve Place

Rancho Cucamonga — California — 91739

City — State — Zip Code

**PHONE:** 3108742376 **EMAIL:** fourpillrs@aol.com

**PLAINTIFF'S SIGNATURE:** [signature] Jack Anthony Baham Jr. (Jan 13, 2026 07:43:10 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Baham Jeremiah Anthony

Last First Middle

**ADDRESS** 7393 Reserve Place

Rancho Cucamonga CA 91739

City State Zip Code

**PHONE:** 9096410232 **EMAIL:** jeremiah10baham@gmail.com

**PLAINTIFF'S SIGNATURE:** Jeremiah Anthony Baham (Jan 11, 2026 17:26:52 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Baker Stephen Michael
Last First Middle

**ADDRESS** 30626 Green Arbor Drive

Murrieta Ca 92563
City State Zip Code

**PHONE:** 7143097705 **EMAIL:** sbaker2535@yahoo.com

**PLAINTIFF'S SIGNATURE:** Stephen Baker (Jan 13, 2026 16:33:57 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Balester Jenna N

Last First Middle

**ADDRESS** 3330 Calle La Veta

San Clemente Ca 92672

City State Zip Code

**PHONE:** 7147560621 **EMAIL:** jennabalester@gmail.com

**PLAINTIFF'S SIGNATURE:** Jenna Balester (Jan 13, 2026 20:50:56 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** BALESTRA ALFRED SAMUEL

Last First Middle

**ADDRESS** 6051 POINT LOMA DR.

HUNTINGTON BEACH CA 92647

City State Zip Code

**PHONE:** 3107488841 **EMAIL:** alfbalestra@yahoo.com

**PLAINTIFF'S SIGNATURE:** Alfred S. Balestra (Jan 20, 2026 07:03:17 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Balue Steven Christopher

Last First Middle

**ADDRESS** 909 Ancona ln

Lake Elsinore Ca 92530

City State Zip Code

**PHONE:** 7143428751 **EMAIL:** stevenbalue@yahoo.com

**PLAINTIFF'S SIGNATURE:** Steven Balue (Jan 16, 2026 10:36:53 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Banda Michael Scott

Last First Middle

**ADDRESS** 912 Cordelia Ave

Glendora CA 91740

City State Zip Code

**PHONE:** 6266880273 **EMAIL:** mbanda1273@msn.com

**PLAINTIFF'S SIGNATURE:** Michael S. Banda

Michael S. Banda (Jan 16, 2026 17:34:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Barajas Rogelio N/A

Last First Middle

**ADDRESS** 2408 Ganesha ave

Altadena Ca 91001

City State Zip Code

**PHONE:** ____________ **EMAIL:** rgbarajas72@gmail.com

**PLAINTIFF'S SIGNATURE:** Rogelio Barajas (Jan 19, 2026 09:18:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Barber (Last) Brett (First) Matthew (Middle)

**ADDRESS** 8401 Munster dr.

Huntington Beach (City) Ca (State) 92646 (Zip Code)

**PHONE:** 5622337284 **EMAIL:** brettbarb83@gmail.com

**PLAINTIFF'S SIGNATURE:** Brett Barber (Jan 9, 2026 06:30:52 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Barlow Desmond Bradford

Last First Middle

**ADDRESS** 1336 Spotted Jaguar

New Braunfels TX 78132

City State Zip Code

**PHONE:** 7142928922 **EMAIL:** bradbarlow714@yahoo.com

**PLAINTIFF'S SIGNATURE:** DB
Desmond Bradford Barlow (Jan 13, 2026 14:03:47 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Barone Kenneth Michael

Last First Middle

**ADDRESS** 20224 Sherman Way #48

Winnetka California 91306

City State Zip Code

**PHONE:** 3232198479 **EMAIL:** nero847@hotmail.com

**PLAINTIFF'S SIGNATURE:** Kenneth Barone

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Beaty Christopher W

Last First Middle

**ADDRESS** 2652 w Kelly rd

Newbury park Ca 91320

City State Zip Code

**PHONE:** 8054906498 **EMAIL:** beatycw@gmail.com

**PLAINTIFF'S SIGNATURE:** Chris Beaty (Jan 13, 2026 18:52:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Beauregard | Nicholas | Christian |
| | Last | First | Middle |
| **ADDRESS** | 25923 Prospector Ct | | |
| | Menifee | CA | 92584 |
| | City | State | Zip Code |

**PHONE:** 7147675369 **EMAIL:** nick.beauregard@yahoo.com

**PLAINTIFF'S SIGNATURE:** Nicholas Beauregard
Nicholas Beauregard (Jan 12, 2026 18:11:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Belknap Barry

Last First Middle

**ADDRESS** 10940 Fremont St

Yucaipa CA 92399

City State Zip Code

**PHONE:** 9098315780 **EMAIL:** barry.belknap1@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Barry Belknap (Jan 13, 2026 15:01:29 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bennett | Lee | Gordon

Last | First | Middle

**ADDRESS** 28076 Liana Lane

Valencia | Ca | 91324

City | State | Zip Code

**PHONE:** 3109366567 **EMAIL:** lgbennett@gmail.com

**PLAINTIFF'S SIGNATURE:** Lee Bennett

Lee Bennett (Jan 15, 2026 21:20:44 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bentz Erik William

Last First Middle

**ADDRESS** 19778 Cottonwood Dr.

Santa Clarita CA 91351

City State Zip Code

**PHONE:** 6612108065 **EMAIL:** bigcountryt26@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Erik Bentz (Jan 12, 2026 06:45:53 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bernard Scott Daniel

Last First Middle

**ADDRESS** 9857 Halifax Street

Ventura Ca 93004

City State Zip Code

**PHONE:** 8057464741 **EMAIL:** medicbernard@gmail.com

**PLAINTIFF'S SIGNATURE:** Bernard

Scott Bernard (Jan 11, 2026 20:00:57 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bierman Jacob A

Last First Middle

**ADDRESS** 2151 Mira Mar Ave

Long Beach CA 90815

City State Zip Code

**PHONE:** 5629001884 **EMAIL:** jacobbierman17@gmail.com

**PLAINTIFF'S SIGNATURE:** Jacob Bierman

Jacob Bierman (Jan 13, 2026 13:29:16 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bills Casen Carter

Last First Middle

**ADDRESS** 115 South Helberta ave Unit D

Redondo Beach CA 90277

City State Zip Code

**PHONE:** 5302281365 **EMAIL:** casen.c.bills@gmail.com

**PLAINTIFF'S SIGNATURE:**

Casen Bills (Jan 11, 2026 17:35:53 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bonada Roland Anthony

Last First Middle

**ADDRESS** 1539 Miracle Pl

Commerce CA 90022

City State Zip Code

**PHONE:** 5624582728 **EMAIL:** rbdivers@yahoo.com

**PLAINTIFF'S SIGNATURE:** Roland Bonada (Jan 21, 2026 06:57:21 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bonas Dalton Patrick
Last First Middle

**ADDRESS** 2017 w ave k10

Lancaster Ca 93536
City State Zip Code

**PHONE:** 6616186462 **EMAIL:** bonasdalton43@gmail.com

**PLAINTIFF'S SIGNATURE:** Dalton bonas (Jan 19, 2026 17:15:17 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bookil Dennis James

Last First Middle

**ADDRESS** 29777 sloop drive

Canyon lake Ca 92587

City State Zip Code

**PHONE:** 9512314177 **EMAIL:** clbookils@gmail.com

**PLAINTIFF'S SIGNATURE:** Dennis Bookil (Jan 20, 2026 21:17:06 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Boothe Kevin Donald

Last First Middle

**ADDRESS** 158 Flora Vista

Camarillo Ca 93012

City State Zip Code

**PHONE:** 8053411833 **EMAIL:** kevinboothe21@yahoo.com

**PLAINTIFF'S SIGNATURE:** Kevin Donald Boothe (Jan 9, 2026 16:16:36 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Borboa Enrique

Last First Middle

**ADDRESS** 14032 Hollywood ave.

Corona CA 92880

City State Zip Code

**PHONE:** 9513163039 **EMAIL:** lafireman21@yahoo.com

**PLAINTIFF'S SIGNATURE:** E Bo
Enrique Borboa (Jan 12, 2026 05:55:57 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Boswell Jacob Andrew

Last First Middle

**ADDRESS** 7521 Edinger Ave Unit 3636

Huntington Beach CA 92647

City State Zip Code

**PHONE:** 9496330967 **EMAIL:** boswell.jake@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jacob Boswell (Jan 16, 2026 17:54:37 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bowden Damon Brock

Last First Middle

**ADDRESS** 5181 rotherham circle

Westminster Ca 92683

City State Zip Code

**PHONE:** 7144088207 **EMAIL:** brockbowden1@yahoo.com

**PLAINTIFF'S SIGNATURE:** Damon Brock Bowden (Jan 11, 2026 20:08:55 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Boyd Giovanni

Last First Middle

**ADDRESS** 13412 Stanford Ave

Los Angeles CA 90059

City State Zip Code

**PHONE:** 3107204437 **EMAIL:** giovanni700@gmail.com

**PLAINTIFF'S SIGNATURE:** Giovanni Boyd

Giovanni Boyd (Jan 17, 2026 09:09:59 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Brazynetz Jeffrey Ryan

Last First Middle

**ADDRESS** 6727 Buckeye st

Chino Ca 91710

City State Zip Code

**PHONE:** 9092020552 **EMAIL:** jbrazy9304@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Jeffrey Ryan Brazynetz (Jan 11, 2026 17:28:55 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Brear Danielle Marie

Last First Middle

**ADDRESS** 6462 Braddock circle

Huntington Beach California 92648

City State Zip Code

**PHONE:** 7144545140 **EMAIL:** dmbrear@msn.com

**PLAINTIFF'S SIGNATURE:**

Danielle Marie Brear (Jan 8, 2026 19:40:35 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Brinnon Joshua Madison

Last First Middle

**ADDRESS** 20402 Chianti Court

Yorba Linda CA 92886

City State Zip Code

**PHONE:** 7148569052 **EMAIL:** joshuabrinnon@yahoo.com

**PLAINTIFF'S SIGNATURE:** Joshua Madison Brinnon (Jan 18, 2026 13:46:25 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Broesel Dane Cristen

Last First Middle

**ADDRESS** 28000 Preakness Drive

Tehachapi CA 93561

City State Zip Code

**PHONE:** 6614338292 **EMAIL:** dbrosel@gmail.com

**PLAINTIFF'S SIGNATURE:**

Dane Broesel (Jan 15, 2026 21:24:03 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Brower Kenneth Duane

Last First Middle

**ADDRESS** 26247 Cherry Plum Circle

Menifee Ca 92584

City State Zip Code

**PHONE:** 7609548822 **EMAIL:** kentbrower55@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Kenneth Brower (Jan 21, 2026 18:28:21 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Brown Christian Wayne
Last First Middle

**ADDRESS** 494 Woodland Road

Simi Valley California 93065
City State Zip Code

**PHONE:** 8055821829 **EMAIL:** chrisbrown_1970@hotmail.com

**PLAINTIFF'S SIGNATURE:** Christian Wayne Brown (Jan 18, 2026 20:12:33 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Brown Jonathan Coutu

Last First Middle

**ADDRESS** 3285 Morning Ridge Ave

Thousand Oaks CA 91362

City State Zip Code

**PHONE:** 8052798700 **EMAIL:** jcbrown1974@icloud.com

**PLAINTIFF'S SIGNATURE:** [signature]

Jonathan Brown (Jan 13, 2026 15:29:49 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Brown, III Melvin

Last First Middle

**ADDRESS** 2069 w. 48th st.

San Bernardino Ca 92407

City State Zip Code

**PHONE:** 3233362562 **EMAIL:** melvinbrown365@gmail.com

**PLAINTIFF'S SIGNATURE:** Melvin Brown III (Jan 11, 2026 17:03:47 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Browne Nicholas James

Last First Middle

**ADDRESS** 27513 Wellington Court

Valencia CA 91354

City State Zip Code

**PHONE:** 6617137729 **EMAIL:** nickjamesbrowne@gmail.com

**PLAINTIFF'S SIGNATURE:** Nicholas Browne (Jan 21, 2026 18:44:00 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Burgess | Christian | John |
|---|---|---|
| Last | First | Middle |

**ADDRESS** 1587 Devonshire Ave

| Westlake Village | CA | 91361 |
|---|---|---|
| City | State | Zip Code |

**PHONE:** 8184396699 **EMAIL:** redburgess@yahoo.com

**PLAINTIFF'S SIGNATURE:** Christian J Burgess (Jan 9, 2026 15:45:38 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | Last | First | Middle |
|---|---|---|---|
| **NAME** | Burton III | Adam | N/a |

**ADDRESS** 7331 Shelby pl #60

| City | State | Zip Code |
|---|---|---|
| Rancho Cucamonga | CA | 91739 |

**PHONE:** 3236366480 **EMAIL:** adamburton3@aol.com

**PLAINTIFF'S SIGNATURE:** Adam Burton III (Jan 9, 2026 14:45:55 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Bustamante Christopher Rene

Last First Middle

**ADDRESS** 15543 Superior Street

North Hills CA 91343

City State Zip Code

**PHONE:** 8182314425 **EMAIL:** bustamante_99@msn.com

**PLAINTIFF'S SIGNATURE:** Christopher R. Bustamante

Christopher R. Bustamante (Jan 12, 2026 21:47:00 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cajiao Jordan David

Last First Middle

**ADDRESS** 20013 Pricetown Avenue

Carson CA 90746

City State Zip Code

**PHONE:** 3103084600 **EMAIL:** jordancajiao@gmail.com

**PLAINTIFF'S SIGNATURE:** Jordan Cajiao (Jan 13, 2026 15:20:12 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cajiao Paul David
Last First Middle

**ADDRESS** 18317 Saint Andrews Place

Torrance Ca 90504
City State Zip Code

**PHONE:** 3102934420 **EMAIL:** 1959surf@gmail.com

**PLAINTIFF'S SIGNATURE:** Paul Cajiao (Jan 22, 2026 07:54:27 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Caldwell / Cheyane / T

Last / First / Middle

**ADDRESS** 12769 E. Rancho Estates Pl

Rancho Cucamonga / Ca / 91739

City / State / Zip Code

**PHONE:** 9092414154 **EMAIL:** cheyane.caldwell@outlook.com

**PLAINTIFF'S SIGNATURE:** Cheyane T Caldwell (Jan 13, 2026 16:33:06 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Camarena Danny

Last First Middle

**ADDRESS** 11451 Tiara St.

North Hollywood CA 91601

City State Zip Code

**PHONE:** 8188498303 **EMAIL:** dannyc815@gmail.com

**PLAINTIFF'S SIGNATURE:** Danny Camarena (Jan 20, 2026 10:58:21 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Camarlinghi Rocky Joseph
Last First Middle

**ADDRESS** 23217 Los Codona ave

Torrance Ca 90505
City State Zip Code

**PHONE:** 4082023771 **EMAIL:** rockycamarlinghi@gmail.com

**PLAINTIFF'S SIGNATURE:** rockycamarlinghi (Jan 16, 2026 16:07:07 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Capiro Ryan Anthony

Last First Middle

**ADDRESS** 14813 Cordary Avenue

Hawthorne CA 90250

City State Zip Code

**PHONE:** 3109032898 **EMAIL:** capiro101@gmail.com

**PLAINTIFF'S SIGNATURE:** Ryan Capiro (Jan 14, 2026 20:33:30 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cardenas John Anthony

Last First Middle

**ADDRESS** 400 W Beverly Dr

Oxnard California 93030

City State Zip Code

**PHONE:** 6619177019 **EMAIL:** john.c.bombero@gmail.com

**PLAINTIFF'S SIGNATURE:** John Anthony Cardenas (Jan 13, 2026 10:07:13 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cardona Sammy Patrick

Last First Middle

**ADDRESS** 164 River St

Fillmore CA 93015

City State Zip Code

**PHONE:** 8052906080 **EMAIL:** sammycardona@yahoo.com

**PLAINTIFF'S SIGNATURE:**

Sammy Cardona (Jan 18, 2026 20:31:49 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Carl Harrison Lucas

Last First Middle

**ADDRESS** 6587 E Camino Vis, unit 1

Anaheim Ca 92807

City State Zip Code

**PHONE:** 8475659111 **EMAIL:** harrycilg@yahoo.com

**PLAINTIFF'S SIGNATURE:** Harrison Carl (Jan 12, 2026 05:48:35 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Carr Russell Emmett

Last First Middle

**ADDRESS** 16001 Chase Road Unit 95

Fontana CA 92336

City State Zip Code

**PHONE:** 9092395725 **EMAIL:** mrcoachcarr@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Russell Carr (Jan 13, 2026 14:19:57 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Carranza Bran Joseph

Last First Middle

**ADDRESS** 1018 Werbel Pl

San Pedro CA 90731

City State Zip Code

**PHONE:** 3107203758 **EMAIL:** bcarranza31@gmail.com

**PLAINTIFF'S SIGNATURE:**

Brian J Carranza (Jan 19, 2026 13:51:42 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Carrillo | Andrew | Joseph |
|---|---|---|
| Last | First | Middle |

**ADDRESS** 8025 70th Street

| Paramount | CA | 90723 |
|---|---|---|
| City | State | Zip Code |

**PHONE:** 6268263959 **EMAIL:** ajcarrillo22@gmail.com

**PLAINTIFF'S SIGNATURE:** Andrew Carrillo
Andrew Carrillo (Jan 15, 2026 14:04:33 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cascario Timothy James

Last First Middle

**ADDRESS** 30070 Skippers Way Dr.

Canyon Lake CA 92587

City State Zip Code

**PHONE:** 9515295802 **EMAIL:** tcascario@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Timothy Cascario (Jan 12, 2026 20:47:36 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cashman Tyler Shay

Last First Middle

**ADDRESS** 18 Meridian

Dove Canyon Ca 92679

City State Zip Code

**PHONE:** 9495108494 **EMAIL:** tylershaycashman@mac.com

**PLAINTIFF'S SIGNATURE:** Tyler Cashman (Jan 13, 2026 15:57:20 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Castillo Daniel Robert

Last First Middle

**ADDRESS** 15439 Poppyseed Lane

15439 Poppyseed Lane Ca 91387

City State Zip Code

**PHONE:** 6616700555 **EMAIL:** danielrjcastillo@gmail.com

**PLAINTIFF'S SIGNATURE:** Daniel Castillo

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Castillo Juan Manuel

Last First Middle

**ADDRESS** 933 sandalwood ave

Fullerton Ca 92835

City State Zip Code

**PHONE:** 6572868671 **EMAIL:** jmcj1978@icloud.com

**PLAINTIFF'S SIGNATURE:** Juan M Castillo (Jan 13, 2026 17:27:15 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Castillo Matthew James

Last First Middle

**ADDRESS** 908 Teri Ave

Torrance CA 90503

City State Zip Code

**PHONE:** 7146008968 **EMAIL:** mattcas133@gmail.com

**PLAINTIFF'S SIGNATURE:** matt castillo

matt castillo (Jan 16, 2026 19:34:23 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cavanagh Brendan Karl

Last First Middle

**ADDRESS** 31255 Countryside Ln.

Castaic CA 91384

City State Zip Code

**PHONE:** 8184860942 **EMAIL:** cavabren@aol.com

**PLAINTIFF'S SIGNATURE:** Brendan Karl Cavanagh (Jan 12, 2026 10:51:46 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cawdrey Jeff J

Last First Middle

**ADDRESS** 516 cedar ave

Brea Ca 92821

City State Zip Code

**PHONE:** 7142723448 **EMAIL:** jcawdrey@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Jeff J. Cawdrey (Jan 12, 2026 07:16:44 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cawdrey Kyle J

Last First Middle

**ADDRESS** 516 Cedar Ave

Brea CA 92821

City State Zip Code

**PHONE:** 7142695753 **EMAIL:** kylecawdrey@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** [signature]

Kyle Jeffrey Cawdrey (Jan 12, 2026 13:03:06 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cendejas Jonathan Robert

Last First Middle

**ADDRESS** 9463 Alder St

Rancho Cucamonga CA 91730

City State Zip Code

**PHONE:** 9512882449 **EMAIL:** j.cend@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jonathan Cendejas (Jan 14, 2026 10:00:52 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** CHACON JESSE IMMANUEL

Last First Middle

**ADDRESS** 8154 Joshua Road

Oak Hills CA 92344

City State Zip Code

**PHONE:** 9515361426 **EMAIL:** jesse.chacon@live.com

**PLAINTIFF'S SIGNATURE:** JESSE CHACON (Jan 12, 2026 20:34:58 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Chambers III Sidney Theodore

Last First Middle

**ADDRESS** 3551 Windspun Drive

Huntington Beach CA 92649

City State Zip Code

**PHONE:** 9092606088 **EMAIL:** dlfd120@yahoo.com

**PLAINTIFF'S SIGNATURE:** Sidney Chambers

Sidney Chambers (Jan 10, 2026 08:10:18 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Chandler | Jason | Raymond |
| | Last | First | Middle |
| **ADDRESS** | 6118 Residencia | | |
| | Newport Beach | CA | 92660 |
| | City | State | Zip Code |

**PHONE:** 6506702780 **EMAIL:** jrchandler24@gmail.com

**PLAINTIFF'S SIGNATURE:** Jason Chandler (Jan 16, 2026 13:18:24 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Charles Uzziel Lopez

Last First Middle

**ADDRESS** 2789 calle bienvenido

Thousand Oaks CA 91360

City State Zip Code

**PHONE:** 7148297527 **EMAIL:** uzielcharles@gmail.com

**PLAINTIFF'S SIGNATURE:** Uzziel Charles (Jan 18, 2026 18:49:15 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Chea Edward

Last First Middle

**ADDRESS** 3607 Summertree Lane

Corona CA 92881

City State Zip Code

**PHONE:** 6262574375 **EMAIL:** echea1124@gmail.com

**PLAINTIFF'S SIGNATURE:** Edward Chea (Jan 12, 2026 23:15:46 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Chitiea Adam J

Last First Middle

**ADDRESS** 538 Highcrest Ct

Newbury Park CA 91320

City State Zip Code

**PHONE:** 8056070224 **EMAIL:** ajchitiea85@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Adam J Chitiea (Jan 19, 2026 21:08:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Christlieb Zachary Edward

Last First Middle

**ADDRESS** 40109 90th St W

Leona Valley CA 93551

City State Zip Code

**PHONE:** 6614002873 **EMAIL:** zchristlieb@gmail.com

**PLAINTIFF'S SIGNATURE:** Zachary Christlieb (Jan 18, 2026 18:18:53 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cleeland Scott William

Last First Middle

**ADDRESS** 1212 Via Landeta

Palos Verdes Estates CA 90274

City State Zip Code

**PHONE:** 5628337662 **EMAIL:** scott.cleeland@gmail.com

**PLAINTIFF'S SIGNATURE:** Scott Cleeland

Scott Cleeland (Jan 9, 2026 14:26:41 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Colburn Brandon Richard

Last First Middle

**ADDRESS** 29047 Glencoe Lane

Menifee Ca 92584

City State Zip Code

**PHONE:** 9514400224 **EMAIL:** bcolburn6@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Brandon Colburn (Jan 13, 2026 20:58:07 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Collado | Evan | Scott |
| | Last | First | Middle |
| **ADDRESS** | 1232 E. Northridge Ave. | | |
| | Glendora | Ca | 91741 |
| | City | State | Zip Code |

**PHONE:** 6266753466 **EMAIL:** evan.collado22@yahoo.com

**PLAINTIFF'S SIGNATURE:** Evan Collado (Jan 11, 2026 21:17:21 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Collins Charles Zachary
Last First Middle

**ADDRESS** 825 France ave

Simi Valley CA 93065
City State Zip Code

**PHONE:** 8057910759 **EMAIL:** zzachcollins11@aol.com

**PLAINTIFF'S SIGNATURE:** Charles Zachary Collins (Jan 16, 2026 07:58:04 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Connolly Shawn Michael

Last First Middle

**ADDRESS** 28922 Pacifica Ct

Santa Clarita CA 91390

City State Zip Code

**PHONE:** 6618777939 **EMAIL:** shawnconnolly@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** Shawn Connolly
Shawn Connolly (Jan 9, 2026 20:13:10 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Conrad Frank Joseph

Last First Middle

**ADDRESS** 1434 E. Ojai Ave

Ojai CA 93023

City State Zip Code

**PHONE:** 8052318533 **EMAIL:** conrad8533@yahoo.com

**PLAINTIFF'S SIGNATURE:** Frank Joseph Conrad (Jan 9, 2026 12:42:06 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Considine Ryan Michael

Last First Middle

**ADDRESS** 208 Coneflower st

encinitas ca 92024

City State Zip Code

**PHONE:** 7608150033 **EMAIL:** rynconsidine@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Ryan Considine (Jan 13, 2026 17:13:00 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Contreras Jesse

Last First Middle

**ADDRESS** 29152 Valley Oak pl.

Santa Clarita CA 91390

City State Zip Code

**PHONE:** 6614069296 **EMAIL:** jeese66@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** [signature]
Jesse Contreras (Jan 19, 2026 19:56:24 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cook Gavin Carl
Last First Middle

**ADDRESS** 3250 Avenida Del Presidente #1

San Clemente CA 92672
City State Zip Code

**PHONE:** 9494687292 **EMAIL:** cookgavin@rocketmail.com

**PLAINTIFF'S SIGNATURE:** Gavin Carl Cook (Jan 12, 2026 17:08:05 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cooper Dion Albert

Last First Middle

**ADDRESS** 913 W 56th St

Los Angeles CA 90037

City State Zip Code

**PHONE:** 3238330635 **EMAIL:** firemancoop@outlook.com

**PLAINTIFF'S SIGNATURE:** DCooper

Dion A. Cooper (Jan 15, 2026 10:48:22 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Copeland | Paul | |
| | Last | First | Middle |
| **ADDRESS** | 28 Rolling Wood Ln | | |
| | Fallbrook | CA | 92028 |
| | City | State | Zip Code |

**PHONE:** 7604865006 **EMAIL:** copeland.paul@aol.com

**PLAINTIFF'S SIGNATURE:** Paul Copeland (Jan 16, 2026 13:53:15 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Corley | Garrett | Lee |
| | Last | First | Middle |
| **ADDRESS** | 193 Brown dr | | |
| | Claremont | CA | 91711 |
| | City | State | Zip Code |

**PHONE:** 3106545924 **EMAIL:** gcorley90@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Garrett Corley (Jan 19, 2026 07:47:56 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Corral | Matthew | Victor
Last | First | Middle

**ADDRESS** 553 Jenny Dr

Newbury Park | CA | 91320
City | State | Zip Code

**PHONE:** 8058896385 **EMAIL:** mvctube2@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Matthew Corral (Jan 9, 2026 15:59:44 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Coulombe Timothy Joel

Last First Middle

**ADDRESS** 438 Laurel Ave

Brea Ca 92821

City State Zip Code

**PHONE:** 8055511582 **EMAIL:** timcoulombe@yahoo.com

**PLAINTIFF'S SIGNATURE:** Timothy Joel Coulombe (Jan 8, 2026 19:54:55 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cribbs Ty J

Last First Middle

**ADDRESS** 342 Burl Ave

Ventuta Ca 93003

City State Zip Code

**PHONE:** 7605831850 **EMAIL:** cribbs26@gmail.com

**PLAINTIFF'S SIGNATURE:** Ty Cribbs (Jan 12, 2026 08:06:18 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cunningham / Adam / Christopher
Last / First / Middle

**ADDRESS** 210 S. Barnwell St.

Oceanside / Ca / 92054
City / State / Zip Code

**PHONE:** 7608556173 **EMAIL:** adamcunningham24@yahoo.com

**PLAINTIFF'S SIGNATURE:** Adam Cunningham (Jan 9, 2026 14:08:24 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Cunningham Joseph Alexander

Last First Middle

**ADDRESS** 165 Alameda Blvd

Coronado Ca 92118

City State Zip Code

**PHONE:** 6198514063 **EMAIL:** joecunningham06@yahoo.com

**PLAINTIFF'S SIGNATURE:** Joe Cunningham (Jan 13, 2026 13:36:37 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Dahlen Jason John

Last First Middle

**ADDRESS** 2851 Penasco

San Clemente CA 92673

City State Zip Code

**PHONE:** 7148083632 **EMAIL:** jasonjdahlen@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Jason Dahlen (Jan 20, 2026 10:38:32 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | Last | First | Middle |
|---|---|---|---|
| **NAME** | D'Arrigo | Patrick | Cory |

**ADDRESS** 1115 Roy Sellers Road

| City | State | Zip Code |
|---|---|---|
| Columbia | TN | 38401 |

**PHONE:** 7149866648 **EMAIL:** cory.darrigo@yahoo.com

**PLAINTIFF'S SIGNATURE:** Patrick Cory D'Arrigo
Patrick Cory D'Arrigo (Jan 11, 2026 22:09:14 CST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Davila Victor

Last First Middle

**ADDRESS** 28715 Rock Canyon Dr.

Santa Clarita Ca 91390

City State Zip Code

**PHONE:** 2134005556 **EMAIL:** davila1880@gmail.com

**PLAINTIFF'S SIGNATURE:** Victor Davila

Victor Davila (Jan 15, 2026 06:38:17 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Dayen Blake James

Last First Middle

**ADDRESS** 22944 Windtree ave

Wildomar Ca 92595

City State Zip Code

**PHONE:** 9515875716 **EMAIL:** blake_dayen@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Blake Dayen (Jan 14, 2026 08:16:35 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** De La Torre Alejandro

Last First Middle

**ADDRESS** 5128 Emerald Street

Torrance Ca 90503

City State Zip Code

**PHONE:** 3108719257 **EMAIL:** alex.delatorre.33s@gmail.com

**PLAINTIFF'S SIGNATURE:**

Alejandro De La Torre (Jan 18, 2026 18:40:32 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** De La Torre Roman

Last First Middle

**ADDRESS** 905 N Purple Sage Dr Unit A

Azusa Ca 91702

City State Zip Code

**PHONE:** 6268576071 **EMAIL:** rdelat84@gmail.com

**PLAINTIFF'S SIGNATURE:** Roman De La Torre (Jan 12, 2026 20:59:42 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Dean William Richard

Last First Middle

**ADDRESS** 1125 Graves Ct

Camarillo Ca 93010

City State Zip Code

**PHONE:** 8053380121 **EMAIL:** williamrdean@gmail.com

**PLAINTIFF'S SIGNATURE:** William Dean (Jan 19, 2026 21:47:33 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Dehler Kenneth John

Last First Middle

**ADDRESS** 14042 Latigo Lane

Caldwell ID 83607

City State Zip Code

**PHONE:** 8054321739 **EMAIL:** kennethjdehler@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Kenneth J Dehler (Jan 18, 2026 18:06:37 MST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Delgado-Padilla Omar

Last First Middle

**ADDRESS** 12750 Centralia St Unit 2

Lakewood CA 90715

City State Zip Code

**PHONE:** 3237674461 **EMAIL:** omar_delgado1995@yahoo.com

**PLAINTIFF'S SIGNATURE:** Omar Delgado-Padilla (Jan 18, 2026 07:59:36 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** DESTEUBEN THOMAS GUIN

Last First Middle

**ADDRESS** 13507 BUNKER HILL PL

FONTANA CA 92336

City State Zip Code

**PHONE:** 9099002989 **EMAIL:** desteuben@yahoo.com

**PLAINTIFF'S SIGNATURE:** THOMAS G. DESTEUBEN

THOMAS G. DESTEUBEN (Jan 8, 2026 17:02:33 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Devera Dennis Marcello

Last First Middle

**ADDRESS** 840 Tucker Road, Ste H 105

Tehachapi Ca 93561

City State Zip Code

**PHONE:** 6618600666 **EMAIL:** dzdzl78@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Dennis Marcello Devera (Jan 15, 2026 17:43:33 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Diaz Armando

Last First Middle

**ADDRESS** 13131 Serenity Trl

Chino CA 91710

City State Zip Code

**PHONE:** 3106006938 **EMAIL:** fired41@me.com

**PLAINTIFF'S SIGNATURE:** [signature]
Armando Diaz (Jan 16, 2026 20:11:02 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Diaz Daniel Joseph

Last First Middle

**ADDRESS** 2976 Sunflower Street

Thousand Oaks CA 91360

City State Zip Code

**PHONE:** 8188253997 **EMAIL:** oneroller@gmail.com

**PLAINTIFF'S SIGNATURE:** Daniel Joseph Diaz (Jan 11, 2026 20:08:22 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Diaz Salvador Vincent
Last First Middle

**ADDRESS** 566 Calderone Drive

Corona Ca 92879
City State Zip Code

**PHONE:** 9097306737 **EMAIL:** sal.diaz13@yahoo.com

**PLAINTIFF'S SIGNATURE:** Salvador Vincent Diaz Jr (Jan 9, 2026 21:19:44 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Diem | Ryan | Robert
Last | First | Middle

**ADDRESS** 6461 Clarkson Cir E.

Arlington | TN | 38002
City | State | Zip Code

**PHONE:** 6619032083 **EMAIL:** rdiem87@gmail.com

**PLAINTIFF'S SIGNATURE:** Ryan Diem (Jan 12, 2026 21:11:16 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Diez Nicholas Michael

Last First Middle

**ADDRESS** 2801 Sharp Rd

Simi Valley CA 93065

City State Zip Code

**PHONE:** 8053041185 **EMAIL:** ndiez14@gmail.com

**PLAINTIFF'S SIGNATURE:** nd

Nick Diez (Jan 16, 2026 20:18:06 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Dillenberger Donald William
Last First Middle

**ADDRESS** 1233 Snowbird Dr.

Frazier Park CA 93225
City State Zip Code

**PHONE:** 2085976270 **EMAIL:** ddillenberger@gmail.com

**PLAINTIFF'S SIGNATURE:** Donald Dillenberger
Donald Dillenberger (Jan 13, 2026 06:43:19 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** DiValerio (Last) Christopher (First) Thomas (Middle)

**ADDRESS** 19733 Byrne Pl

Santa Clarita (City) CA (State) 91350 (Zip Code)

**PHONE:** 6613124405 **EMAIL:** ctdivalerio@hotmail.com

**PLAINTIFF'S SIGNATURE:** Christopher DiValerio (Jan 18, 2026 19:38:12 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Dixon | Evan | Thomas |
| | Last | First | Middle |
| **ADDRESS** | 3049 Westridge Cir | | |
| | Thousand Oaks | Ca | 91360 |
| | City | State | Zip Code |

**PHONE:** 3104272852 **EMAIL:** evandixon@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Evan Dixon (Jan 11, 2026 16:41:46 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Dolinski Josh Anthony

Last First Middle

**ADDRESS** 1596 Tamarix st

Camarillo Ca 93010

City State Zip Code

**PHONE:** 9092102134 **EMAIL:** pumpdaddy93@yahoo.com

**PLAINTIFF'S SIGNATURE:** Joshua Anthony Dolinski (Jan 13, 2026 20:43:04 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Drakeford Davone Lee

Last First Middle

**ADDRESS** 26904 Tanager LN

Valencia CA 91381

City State Zip Code

**PHONE:** 3104906241 **EMAIL:** davonedrakeford@gmail.com

**PLAINTIFF'S SIGNATURE:** Davone Lee Drakeford (Jan 12, 2026 15:35:07 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Drakeford Lee 3104904434

Last First Middle

**ADDRESS** 27516 illumination ct

Valencia Ca 91381

City State Zip Code

**PHONE:** ____________ **EMAIL:** leedrakeford3@gmail.com

**PLAINTIFF'S SIGNATURE:** Lee Drakeford (Jan 9, 2026 13:53:59 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Duda | Bryan | Christopher |
| | Last | First | Middle |
| **ADDRESS** | 2140 wisteria street | | |
| | Simi Valley | CA | 93065 |
| | City | State | Zip Code |
| **PHONE:** | 8056387900 | **EMAIL:** | bryan.c.duda@gmail.com |

**PLAINTIFF'S SIGNATURE:** [signature] Bryan Duda (Jan 8, 2026 19:05:44 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Dunn Cain

Last First Middle

**ADDRESS** 16708 Fern Pine St

Fontana CA 92336

City State Zip Code

**PHONE:** 9096358252 **EMAIL:** buzzmen66@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Cain Dunn (Jan 12, 2026 11:48:48 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Easton Kevin Jeffrey

Last First Middle

**ADDRESS** 12690 Misty Grove St

Moorpark Ca 93021

City State Zip Code

**PHONE:** 8052175662 **EMAIL:** k2rj.easton@gmail.com

**PLAINTIFF'S SIGNATURE:** Kevin J Easton (Jan 20, 2026 20:10:18 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Eccles Andrew Kyle

Last First Middle

**ADDRESS** 12 Paseo Luna

San Clemente CA 92673

City State Zip Code

**PHONE:** 7605052500 **EMAIL:** aeccles15@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Andrew Eccles (Jan 18, 2026 18:02:39 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Last | First | Middle |
|---|---|---|
| Eddy | Matthew | Ray |

**ADDRESS** 10158 Joshua st

| City | State | Zip Code |
|---|---|---|
| Oak hills | Ca | 92344 |

**PHONE:** 7605967786 **EMAIL:** matt3x250@netscape.net

**PLAINTIFF'S SIGNATURE:** [signature] Matthew ray Eddy (Jan 11, 2026 23:01:01 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Edwards | Cody | Durel Irie |
| | Last | First | Middle |
| **ADDRESS** | 7445 Ponce Ave | | |
| | West Hills | CA | 91307 |
| | City | State | Zip Code |

**PHONE:** 8186312436 **EMAIL:** edwards.cody235@yahoo.com

**PLAINTIFF'S SIGNATURE:** Cody Edwards
Cody Edwards (Jan 10, 2026 13:45:32 EST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ekblad Matthew John

Last First Middle

**ADDRESS** 964 Winfield st

Newbury park Ca 91330

City State Zip Code

**PHONE:** 8057507705 **EMAIL:** mattekblad@hotmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Matthew Ekblad (Jan 13, 2026 12:55:37 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Elefante Michael Thomas

Last First Middle

**ADDRESS** 2271 Clanfield Street

Acton CA 93510

City State Zip Code

**PHONE:** 6615106246 **EMAIL:** aoelefante@yahoo.com

**PLAINTIFF'S SIGNATURE:** Mike Elefante (Jan 9, 2026 07:43:59 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Elguea Christopher Jerome

Last First Middle

**ADDRESS** 14647 Calle Palma Loma

Whittier Ca 90604

City State Zip Code

**PHONE:** 6262747165 **EMAIL:** christopherelguea@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Christopher Jerome Elguea (Jan 16, 2026 20:14:39 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Enciso III Robert

Last First Middle

**ADDRESS** 1842 W 27th Street

San Pedro CA 90732

City State Zip Code

**PHONE:** 4242301521 **EMAIL:** rencisoiii@gmail.com

**PLAINTIFF'S SIGNATURE:** Robert Enciso III (Jan 12, 2026 13:06:58 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Eugenio David Christopher

Last First Middle

**ADDRESS** 5720 Calle Polvorosa

San Clemente CA 92673

City State Zip Code

**PHONE:** 9493741016 **EMAIL:** eugenio6@msn.com

**PLAINTIFF'S SIGNATURE:** David C. Eugenio

David C. Eugenio (Jan 14, 2026 15:57:11 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Farris | Matthew | Ryan |
| | Last | First | Middle |
| **ADDRESS** | 1095 W Mauve Clover Ct | | |
| | Star | ID | 83669 |
| | City | State | Zip Code |

**PHONE:** 7148633349 **EMAIL:** mfarris1982@yahoo.com

**PLAINTIFF'S SIGNATURE:** Matthew Ryan Farris (Jan 9, 2026 13:25:33 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Fenton Lane Andrew

Last First Middle

**ADDRESS** 27042 Calle Juanita

Capistrano Beach California 92624

City State Zip Code

**PHONE:** 9492942148 **EMAIL:** fendog46@aol.com

**PLAINTIFF'S SIGNATURE:** Lane A. Fenton

Lane Andrew Fenton (Jan 18, 2026 15:11:42 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Fernandez Andres Infante

Last First Middle

**ADDRESS** 18543 Olympian Ct.

Santa Clarita CA 91351

City State Zip Code

**PHONE:** 8184386989 **EMAIL:** fernandezandres438@gmail.com

**PLAINTIFF'S SIGNATURE:** Andres I Fernandez (Jan 11, 2026 18:32:31 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ferralli Timothy John
Last First Middle

**ADDRESS** 1552 Glassell Ave.

Simi Valley CA 93065
City State Zip Code

**PHONE:** 8052081475 **EMAIL:** ferralli15@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Timothy Ferralli (Jan 16, 2026 16:26:37 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Fleming Maxwell Stokes

Last First Middle

**ADDRESS** 33432 Dosinia Drive

Dana Point CA 92629

City State Zip Code

**PHONE:** 9492575795 **EMAIL:** maxfleming1@gmail.com

**PLAINTIFF'S SIGNATURE:** Maxwell Fleming (Jan 8, 2026 19:19:22 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Flowers Charles

Last First Middle

**ADDRESS** 16254 Lozano street unit 4

Fontana CA 92336

City State Zip Code

**PHONE:** 9096802857 **EMAIL:** charlesflowers2417@gmail.com

**PLAINTIFF'S SIGNATURE:** charles flowers (Jan 16, 2026 17:26:59 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Fortini Michael Red
Last First Middle

**ADDRESS** 10251 Oatfield Way

Santa Rosa Valley Ca 93012
City State Zip Code

**PHONE:** 8052317079 **EMAIL:** m.r.fortini@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Michael R Fortini (Jan 12, 2026 19:54:29 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Fox | Jeffrey | Darren
Last | First | Middle

**ADDRESS** 3700 Aster Street

Seal Beach | CA | 90740
City | State | Zip Code

**PHONE:** 5622606620 **EMAIL:** jdfox15@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
J.D. Fox (Jan 17, 2026 11:59:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** French Eric Christian

Last First Middle

**ADDRESS** 2641 Via Carrillo

Palos Verdes Estates CA 90274

City State Zip Code

**PHONE:** 3109948653 **EMAIL:** efrenchlafd@gmail.com

**PLAINTIFF'S SIGNATURE:** Eric C. French

Eric C. French (Jan 21, 2026 09:55:16 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Friemoth Joshua Anthony

Last First Middle

**ADDRESS** 25493 Keel Ct

Menifee CA 92584

City State Zip Code

**PHONE:** 9512367140 **EMAIL:** josh.friemoth@yahoo.com

**PLAINTIFF'S SIGNATURE:** Joshua Friemoth (Jan 14, 2026 20:20:49 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Fuentes Omar

Last First Middle

**ADDRESS** 13601 Sunrise dr

Whittier Ca 90602

City State Zip Code

**PHONE:** 3238072052 **EMAIL:** jfuentes96@yahoo.com

**PLAINTIFF'S SIGNATURE:**

Omar Fuentes (Jan 8, 2026 17:27:30 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ryan Fuette

Last First Middle

**ADDRESS** 300 Tie Chute Lane

Florence Montana 59833

City State Zip Code

**PHONE:** 406241.554 **EMAIL:** ryanfuette@gmail.com

**PLAINTIFF'S SIGNATURE:** Ryan Fuette (Jan 11, 2026 21:32:40 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gabrielson (Last) Cody (First) Alan (Middle)

**ADDRESS** 24942 whispering way

Menifee (City) Ca (State) 92584 (Zip Code)

**PHONE:** 8052178412 **EMAIL:** codygabrielson@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Cody Alan Gabrielson (Jan 13, 2026 13:02:45 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gaitan | Jony | Alfredo

Last | First | Middle

**ADDRESS** 8305 Variel Ave APT 13

Canoga park | CA | 91304

City | State | Zip Code

**PHONE:** 8189616450 **EMAIL:** jonygaitan@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jony Gaitan (Jan 15, 2026 06:34:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Gales | Devin | Durell |
| | Last | First | Middle |
| **ADDRESS** | 3078 Allenwood Dr. | | |
| | Thompson's Station | TN | 37179 |
| | City | State | Zip Code |

**PHONE:** 8058505015 **EMAIL:** devingales@rocketmail.com

**PLAINTIFF'S SIGNATURE:** Devin Durell Gales (Jan 22, 2026 09:27:14 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Galler Eric J

Last First Middle

**ADDRESS** 438 Blackhawk Dr

Newbury Park Ca 91320

City State Zip Code

**PHONE:** 8058167524 **EMAIL:** e_galler@yahoo.com

**PLAINTIFF'S SIGNATURE:** Eric J Galler (Jan 22, 2026 10:45:17 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Galvez | Gregory | Manuel
Last | First | Middle

**ADDRESS** 167 Venus Street

Thousand Oaks | CA | 91360
City | State | Zip Code

**PHONE:** 3105286560 **EMAIL:** gregory_galvez@yahoo.com

**PLAINTIFF'S SIGNATURE:** Gregory M Galvez
Gregory M Galvez (Jan 14, 2026 20:36:48 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gamboa Anthony A

Last First Middle

**ADDRESS** 633 West Sycamore Ave

El Segundo CA 90245

City State Zip Code

**PHONE:** 2135076439 **EMAIL:** threewall2000@gmail.com

**PLAINTIFF'S SIGNATURE:** Anthony A. Gamboa (Jan 10, 2026 13:45:45 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gammon Jordan Douglas

Last First Middle

**ADDRESS** 44055 Calle Capistrano

Temecula CA 92590

City State Zip Code

**PHONE:** 9515320150 **EMAIL:** gammonconstruction@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jordan Gammon (Jan 12, 2026 06:29:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Garcia Carlos Alberto

Last First Middle

**ADDRESS** 1246 Palmer Rd

Lebanon Tennessee 37090

City State Zip Code

**PHONE:** 6292502857 **EMAIL:** carlos.garcia.eleven69@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Carlos Alberto Garcia (Jan 9, 2026 14:51:00 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Garza Richard Joseph

Last First Middle

**ADDRESS** 7153 El Veloz Way

Buena Park CA 90620

City State Zip Code

**PHONE:** 5629653839 **EMAIL:** richgarza23@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Richard Garza (Jan 14, 2026 22:24:56 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gatewood (Washington) Quincy Kenneth

Last First Middle

**ADDRESS** 209 elm Avenue

Long Beach Ca 90802

City State Zip Code

**PHONE:** 3103431143 **EMAIL:** gatewoodq@yahoo.com

**PLAINTIFF'S SIGNATURE:** Quincy K Gatewood (Jan 11, 2026 19:32:44 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** GEIGER BRYAN ALLEN

Last First Middle

**ADDRESS** 3949 Ladoga Ave

Long Beach CA 90808

City State Zip Code

**PHONE:** 5628332796 **EMAIL:** geiger562@aol.com

**PLAINTIFF'S SIGNATURE:** Bryan Geiger

Bryan Geiger (Jan 13, 2026 12:02:50 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Generoso | Mario | Francesco |
| | Last | First | Middle |

**ADDRESS** 42380 Dusty Trail

| | | |
|---|---|---|
| Murrieta | CA | 92562 |
| City | State | Zip Code |

**PHONE:** 3107138219 **EMAIL:** mariog2710@gmail.com

**PLAINTIFF'S SIGNATURE:** Mario Generoso
Mario Generoso (Jan 12, 2026 06:40:48 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gibson Jacob William

Last First Middle

**ADDRESS** 24119 Highlander Rd

West Hills CA 91307

City State Zip Code

**PHONE:** 8185308750 **EMAIL:** jwg199@me.com

**PLAINTIFF'S SIGNATURE:** Jacob Gibson

Jacob Gibson (Jan 9, 2026 01:57:06 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gilbrook Paul Joseph

Last First Middle

**ADDRESS** 113 7th st

Seal Beac CA 90740

City State Zip Code

**PHONE:** 15624137114 **EMAIL:** lafirejake@aol.com

**PLAINTIFF'S SIGNATURE:** Paul J. Gilbrook

Paul Joseph Gilbrook (Jan 18, 2026 18:33:41 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Gill | Timothy | Scott |
| | Last | First | Middle |
| **ADDRESS** | 5508 Riviera Way | | |
| | Torrance | Ca | 90505 |
| | City | State | Zip Code |

**PHONE:** 3103519383 **EMAIL:** tgilly@verizon.net

**PLAINTIFF'S SIGNATURE:** Timothy Gill
Timothy Gill (Jan 21, 2026 18:59:30 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Glynn | Casey | Devick |
| | Last | First | Middle |
| **ADDRESS** | 3213 Gibson Place | | |
| | Redondo Beach | CA | 90278 |
| | City | State | Zip Code |

**PHONE:** 3109085507 **EMAIL:** caseyglynn@hotmail.com

**PLAINTIFF'S SIGNATURE:** Casey Devick Glynn (Jan 11, 2026 20:47:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Goen Daniel Sargent

Last First Middle

**ADDRESS** 461 Buena Mesa Dr

Calimesa CA 92320

City State Zip Code

**PHONE:** 7603152892 **EMAIL:** dgoen86@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Daniel Goen (Jan 14, 2026 21:30:16 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Goldsmith Carl Marshall

Last First Middle

**ADDRESS** 2652 Saint Albans dr

Los Alamitos Ca 90720

City State Zip Code

**PHONE:** 5628811297 **EMAIL:** cgoldsmith137@yahoo.com

**PLAINTIFF'S SIGNATURE:** carl goldsmith (Jan 16, 2026 15:19:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** goldstein derrick sheldon

Last First Middle

**ADDRESS** 23034 doris way

torrance ca 90505

City State Zip Code

**PHONE:** 3109412260 **EMAIL:** mormish@hotmail.com

**PLAINTIFF'S SIGNATURE:** Derrick Goldstein

Derrick Goldstein (Jan 19, 2026 20:34:33 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Goldstein | Ernesto | A

Last | First | Middle

**ADDRESS** 26406 Whispering Leaves Dr

Newhall | Ca | 91321

City | State | Zip Code

**PHONE:** ______________ **EMAIL:** chapinazofd911@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Ernesto Goldstein (Jan 10, 2026 21:42:35 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gomez Raul

Last First Middle

**ADDRESS** 26955 back bay dr

Menifee Ca 92585

City State Zip Code

**PHONE:** 3235178563 **EMAIL:** firefightergomez@att.net

**PLAINTIFF'S SIGNATURE:** Raul Gomez (Jan 12, 2026 06:28:00 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gonzalez Alfonso

Last First Middle

**ADDRESS** 8348 Ocean View Ave

Whittier CA 90602

City State Zip Code

**PHONE:** 2135913270 **EMAIL:** ag5309@yahoo.com

**PLAINTIFF'S SIGNATURE:** Alfonso Gonzalez (Jan 16, 2026 20:27:45 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gonzalez | Eric | Richard Dibb
Last | First | Middle

**ADDRESS** 14541 willowgreen ln

Sylmar | Ca | 91342
City | State | Zip Code

**PHONE:** 8185880747 **EMAIL:** on1sportfishing@yahoo.com

**PLAINTIFF'S SIGNATURE:** Eric Richard Dibb Gonzalez (Jan 15, 2026 20:29:19 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Gonzalez | Raymond | Anthony |
| | Last | First | Middle |

**ADDRESS** 10946 Walnut st

| | | |
|---|---|---|
| Los Alamitos | CA | 90720 |
| City | State | Zip Code |

**PHONE:** 6195179749 **EMAIL:** raygonzalez0530@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Raymond Gonzalez (Jan 12, 2026 17:02:20 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Goodrich Matthew Ryan

Last First Middle

**ADDRESS** 24017 Huntridge Dr

Murrieta CA 92562

City State Zip Code

**PHONE:** 6197920526 **EMAIL:** mattrgoodrich@yahoo.com

**PLAINTIFF'S SIGNATURE:** Matthew Goodrich

Matthew Goodrich (Jan 15, 2026 08:50:24 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Goodwin Eric Michael

Last First Middle

**ADDRESS** 17501 Crown Circle

Huntington Beach CA 92649

City State Zip Code

**PHONE:** 7143072623 **EMAIL:** emg2213@aol.com

**PLAINTIFF'S SIGNATURE:** Eric Goodwin

Eric Goodwin (Jan 13, 2026 20:16:48 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gopar David

Last First Middle

**ADDRESS** 259 Acacia Street

Altadena CA 91001

City State Zip Code

**PHONE:** 2138414265 **EMAIL:** gopardavid@gmail.com

**PLAINTIFF'S SIGNATURE:** David Gopar (Jan 12, 2026 18:44:10 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gorrie Brett Ian

Last First Middle

**ADDRESS** 17586 Edgewood Lane

Yorba Linda CA 92886

City State Zip Code

**PHONE:** 7149440549 **EMAIL:** gorriebrett@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Brett Gorrie (Jan 11, 2026 19:26:32 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Goudeau Jean-Paul

Last First Middle

**ADDRESS** 7758 W 91st St Apt 3

Los Angeles CA 90293

City State Zip Code

**PHONE:** 3104474751 **EMAIL:** jpgoudeau94@gmail.com

**PLAINTIFF'S SIGNATURE:** Jean-Paul Goudeau (Jan 13, 2026 14:52:10 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gragas Aaron Peter

Last First Middle

**ADDRESS** 28008 Wellston Dr

Saugus CA 91350

City State Zip Code

**PHONE:** 6617559211 **EMAIL:** wsap95@gmail.com

**PLAINTIFF'S SIGNATURE:** Aaron Gragas

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Graziano Raymond Vincent
Last First Middle

**ADDRESS** 25 bramble lane

Aliso Viejo CA 92656
City State Zip Code

**PHONE:** 6095762632 **EMAIL:** raygraz6191@comcast.net

**PLAINTIFF'S SIGNATURE:** Raymond Graziano

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Greenbank Brenda Rose

Last First Middle

**ADDRESS** 35111 sorrel ln

Lake elsinore Ca 92532

City State Zip Code

**PHONE:** 7143189847 **EMAIL:** brgreenbank@aol.com

**PLAINTIFF'S SIGNATURE:** [signature]
Brenda Greenbank (Jan 16, 2026 13:27:38 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Griley Daniel George

Last First Middle

**ADDRESS** 618 Redwood Ave.

Ventura CA 93003

City State Zip Code

**PHONE:** 8058166982 **EMAIL:** srfseeker@hotmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Daniel Griley (Jan 21, 2026 07:29:20 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gudiel Borys Saul

Last First Middle

**ADDRESS** 3423 Lucero Ave

La Verne CA 91750

City State Zip Code

**PHONE:** 3238680293 **EMAIL:** bgudiel92@gmail.com

**PLAINTIFF'S SIGNATURE:** Borys Gudiel

Borys Gudiel (Jan 12, 2026 07:36:34 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gutierrez Noel

Last First Middle

**ADDRESS** 5598 Serenity Pl Unit D

Eastvale CA 91752

City State Zip Code

**PHONE:** 9517513436 **EMAIL:** noel.gutierrez77@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Noel Gutierrez (Jan 8, 2026 17:43:20 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Gutierrez Rudy

Last First Middle

**ADDRESS** 14774 Avenida Anita

Chino Hills Ca. 91709

City State Zip Code

**PHONE:** 6266756162 **EMAIL:** rudegut@aol.com

**PLAINTIFF'S SIGNATURE:** Rudy Gutierrez (Jan 13, 2026 18:05:56 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ha | Michael | Jiesub

Last | First | Middle

**ADDRESS** 1605 Harwood Pl

Upland | CA | 91784

City | State | Zip Code

**PHONE:** 6265906320 **EMAIL:** michaeljha@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Michael Ha (Jan 8, 2026 19:25:59 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hagstrom Perris Michael

Last First Middle

**ADDRESS** 5617 Greenmeadows St

Torrance CA 90505

City State Zip Code

**PHONE:** 71449445094 **EMAIL:** phagstrom86@yahoo.com

**PLAINTIFF'S SIGNATURE:** Perris Hagstrom

Perris Hagstrom (Jan 12, 2026 08:06:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hammock Jeremy Tyler

Last First Middle

**ADDRESS** 1360 N 3rd Ave

Upland Ca 91786

City State Zip Code

**PHONE:** 6262243426 **EMAIL:** jeremyhammock1@gmail.com

**PLAINTIFF'S SIGNATURE:** Jeremy Hammock (Jan 11, 2026 16:31:38 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hanson Scott Allen
Last First Middle

**ADDRESS** 28671 Meadowgrass Dr

Castaic Ca 91384
City State Zip Code

**PHONE:** 8184383847 **EMAIL:** hanson5115@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Scott Hanson (Jan 20, 2026 18:14:36 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Carl Harrison Lucas

Last First Middle

**ADDRESS** 6587 E Camino Vis, unit 1

Anaheim Ca 92807

City State Zip Code

**PHONE:** 8475659111 **EMAIL:** harrycilg@yahoo.com

**PLAINTIFF'S SIGNATURE:** Harrison Carl (Jan 12, 2026 05:48:35 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Harward Charles George

Last First Middle

**ADDRESS** 10518 Tuxford St.

Sun Valley Ca. 91352

City State Zip Code

**PHONE:** 8182039113 **EMAIL:** harwardcharles@yahoo.com

**PLAINTIFF'S SIGNATURE:** Charles Harward

Charles George Harward (Jan 17, 2026 05:38:44 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Haskell Zachary Evan

Last First Middle

**ADDRESS** 27546 Santa Clarita Road

Santa Clarita CA 91350

City State Zip Code

**PHONE:** 6619938529 **EMAIL:** haskell.zach@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Zachary Evan Haskell (Jan 11, 2026 16:39:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Haskett Hiroshi H

Last First Middle

**ADDRESS** 7158 W. 91st Street

Los Angeles Ca 90045

City State Zip Code

**PHONE:** 3107226821 **EMAIL:** firehiro@gmail.com

**PLAINTIFF'S SIGNATURE:** Hiro Haskett

Hiro Haskett (Jan 21, 2026 09:32:28 MST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Hass | Cody | Wayne |
|---|---|---|
| Last | First | Middle |

**ADDRESS** 913 E. 21st ST.

| Santa Ana | CA | 92706 |
|---|---|---|
| City | State | Zip Code |

**PHONE:** 7149064103 **EMAIL:** codyhass15@yahoo.com

**PLAINTIFF'S SIGNATURE:** Cody Wayne Hass (Jan 13, 2026 06:30:23 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hatcher Mark Alan

Last First Middle

**ADDRESS** 11733 Silver Birch Rd

Corona CA 92883

City State Zip Code

**PHONE:** ______________ **EMAIL:** markhatcher28@hotmail.com

**PLAINTIFF'S SIGNATURE:** Mark Hatcher
mark hatcher (Jan 15, 2026 08:16:42 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hedlund-Kaiser James William

Last First Middle

**ADDRESS** 4200 Artesia Blvd #42

Torrance CA 90504

City State Zip Code

**PHONE:** 3108006342 **EMAIL:** jameslal24@gmail.com

**PLAINTIFF'S SIGNATURE:** James Hedlund-Kaiser (Jan 18, 2026 18:34:50 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Henmi | Brian | Lee
Last | First | Middle

**ADDRESS** 15352 Seitz Ct

Moorpark | CA | 93021
City | State | Zip Code

**PHONE:** 8059105799 **EMAIL:** brian.henmi25@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Brian Lee Henmi (Jan 11, 2026 20:49:29 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hermann Alexander Josef

Last First Middle

**ADDRESS** 873 bright star street

Thousand oaks CA 91360

City State Zip Code

**PHONE:** 8184863363 **EMAIL:** alexander.j.hermann@gmail.com

**PLAINTIFF'S SIGNATURE:** Alexander Hermann (Jan 9, 2026 15:10:06 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hernandez Alfred B.

Last First Middle

**ADDRESS** 3155 Melody Ln.

Simi Valley Ca 93063

City State Zip Code

**PHONE:** 8184893650 **EMAIL:** alfr9@yahoo.com

**PLAINTIFF'S SIGNATURE:** Alfred B. Hernandez III (Jan 11, 2026 20:04:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hernandez Elvis Omar
Last First Middle

**ADDRESS** 29730 Everglades Dr.

Menifee CA 92585
City State Zip Code

**PHONE:** 916786832 **EMAIL:** elvis.hernandez20@yahoo.com

**PLAINTIFF'S SIGNATURE:** Elvis Hernandez (Jan 11, 2026 21:23:11 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hernandez Michael Alex

Last First Middle

**ADDRESS** 24144 Hillhurst Drive

West Hills CA 91307

City State Zip Code

**PHONE:** 8182979858 **EMAIL:** michaelhernandez.h72@gmail.com

**PLAINTIFF'S SIGNATURE:** Michael Hernandez (Jan 13, 2026 13:50:06 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hernandez Steven Wayne

Last First Middle

**ADDRESS** 572 Ojai Street

Fillmore Ca 93015

City State Zip Code

**PHONE:** 8055359496 **EMAIL:** stevenwhernandez035@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Steven Hernandez (Jan 16, 2026 08:34:07 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hessing Scott Stephen

Last First Middle

**ADDRESS** 12096 W Indus Dr

Star Idaho 83669

City State Zip Code

**PHONE:** 2088917063 **EMAIL:** sshessing@hotmail.com

**PLAINTIFF'S SIGNATURE:** Scott Stephen Hessing (Jan 12, 2026 13:53:38 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hiatt Jeffrey Leland

Last First Middle

**ADDRESS** 2172 Garners Creek Road

Dickson TN 37055

City State Zip Code

**PHONE:** 2086996064 **EMAIL:** lafdengineco@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jeffrey Hiatt (Jan 8, 2026 19:43:32 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** HILL BRANDON ANTHONY

Last First Middle

**ADDRESS** 809 S CATALINA AVE APT B

REDONDO BEACH CA 90277

City State Zip Code

**PHONE:** 12097478972 **EMAIL:** brandhill81@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Brandon Anthony Hill (Jan 11, 2026 23:15:31 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hills | Clark | Christopher
Last | First | Middle

**ADDRESS** 5246 E. Minuet ln

Anaheim | Ca | 92807
City | State | Zip Code

**PHONE:** 7143253334 **EMAIL:** hillse223@yahoo.com

**PLAINTIFF'S SIGNATURE:** Clark Hills
Clark Christopher Hills (Jan 12, 2026 20:51:10 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hirsch Shane

Last First Middle

**ADDRESS** 6027 Pitcairn

Cypress CA 90630

City State Zip Code

**PHONE:** 7148039324 **EMAIL:** 714shanehirsch@gmail.com

**PLAINTIFF'S SIGNATURE:**

Shane Hirsch (Jan 20, 2026 16:48:26 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hiserman Stephen

Last First Middle

**ADDRESS** 400 Lexington Cir

Oceanside CA 92057

City State Zip Code

**PHONE:** 9498787531 **EMAIL:** shiserman@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** Stephen Hiserman (Jan 8, 2026 19:26:32 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hishinuma John Charles

Last First Middle

**ADDRESS** 17 Calle Carmelita

San clemente CA 92673

City State Zip Code

**PHONE:** 3108013623 **EMAIL:** johnhishinuma@yahoo.com

**PLAINTIFF'S SIGNATURE:** John Hishinuma (Jan 13, 2026 21:37:59 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Holt Jack Pothin

Last First Middle

**ADDRESS** 4992 Pearce Drive

Huntington Beach Ca 92649

City State Zip Code

**PHONE:** 3109820905 **EMAIL:** jacksunset2000@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jack P. Holt

Jack Pothin Holt (Jan 19, 2026 07:54:41 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Holt | Michael | Dale |
| | Last | First | Middle |
| **ADDRESS** | 15033 Wayne Lee Ct | | |
| | Bakersfield | California | 93314 |
| | City | State | Zip Code |

**PHONE:** 7604506889 **EMAIL:** hooligansociallc@gmail.com

**PLAINTIFF'S SIGNATURE:** Michael Dale Holt Jr (Jan 14, 2026 19:17:27 CST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hoogsteen Jordan Michael

Last First Middle

**ADDRESS** 23650 Stephanie lane

Murrieta Ca 92562

City State Zip Code

**PHONE:** 5624003046 **EMAIL:** jordanhoogs79@gmail.com

**PLAINTIFF'S SIGNATURE:** Jordan Hoogsteen (Jan 21, 2026 09:38:27 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hopwood Samuel Roy
Last First Middle

**ADDRESS** 11321 Blue Sage Dr

Sylmar CA 91342
City State Zip Code

**PHONE:** 3142231286 **EMAIL:** samuelhopwood@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Samuel Hopwood (Jan 16, 2026 21:33:13 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Horak Jarrod Craig

Last First Middle

**ADDRESS** 1906 Radford Street

Oceanside California 92056

City State Zip Code

**PHONE:** 7608055696 **EMAIL:** jarrodhorak15@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Jarrod Horak (Jan 16, 2026 18:18:59 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Horine Jacob Lyndon

Last First Middle

**ADDRESS** 5888 Abernathy Drive

Riverside Ca 92507

City State Zip Code

**PHONE:** 9098029706 **EMAIL:** jhorine11@gmail.com

**PLAINTIFF'S SIGNATURE:** Jacob Lyndon Horine (Jan 13, 2026 17:28:20 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hoyt Wyatt Emerson

Last First Middle

**ADDRESS** 28856 airoso st unit 256

Rancho mission Viejo Ca 92694

City State Zip Code

**PHONE:** 8187443697 **EMAIL:** hoyt.wyatt@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Wyatt Hoyt (Jan 15, 2026 13:01:04 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hubbard Tanika Louise

Last First Middle

**ADDRESS** 12521 Grevillea Ave Apt 18

Hawthorne Ca 90250

City State Zip Code

**PHONE:** 3233332334 **EMAIL:** hubbardtanika@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Tanika Hubbard (Jan 9, 2026 11:14:54 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Hunter Joseph Scott

Last First Middle

**ADDRESS** 1664 N. Warbler Pl

Orange CA 92867

City State Zip Code

**PHONE:** 7143493849 **EMAIL:** joeyhunteroc@gmail.com

**PLAINTIFF'S SIGNATURE:** Joseph Scott Hunter

Joseph Scott Hunter (Jan 17, 2026 05:47:41 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ino | Clinton | Matthew
Last | First | Middle

**ADDRESS** 400 W. 223rd St., Unit 106

Carson | CA | 90745
City | State | Zip Code

**PHONE:** 6266785208 **EMAIL:** ino.clinton@gmail.com

**PLAINTIFF'S SIGNATURE:** Clinton Ino
Clinton Ino (Jan 15, 2026 09:37:29 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Jaconsen John Eric

Last First Middle

**ADDRESS** 6501 Driscoll St

Long Beach Ca 90815

City State Zip Code

**PHONE:** 562767575 **EMAIL:** jjacobsen17@gmail.com

**PLAINTIFF'S SIGNATURE:** John Jacobsen (Jan 12, 2026 21:06:35 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Jagoe Aaron Jesse

Last First Middle

**ADDRESS** 25069 Oliver way

Stevenson Ranch California 91381

City State Zip Code

**PHONE:** 6617554228 **EMAIL:** aaronjagoe@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Aaron Jagoe (Jan 12, 2026 06:51:03 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Jennings Eric Sterling

Last First Middle

**ADDRESS** 16669 Crocus Ln, Unit 1

Fontana Ca 92336

City State Zip Code

**PHONE:** 9092894061 **EMAIL:** ericjenningsjunior@gmail.com

**PLAINTIFF'S SIGNATURE:** Eric Jennings Jr. (Jan 17, 2026 06:34:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Jimenez | Victor | Hugo |
| | Last | First | Middle |
| **ADDRESS** | 21112 Budlong Ave. | | |
| | Torrance | Ca. | 90502 |
| | City | State | Zip Code |
| **PHONE:** | 3105310217 | **EMAIL:** | vic.jimenez164@gmail.com |

**PLAINTIFF'S SIGNATURE:** [signature] Victor Hugo Jimenez (Jan 14, 2026 19:09:21 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Johnson Austen Miles

Last First Middle

**ADDRESS** 260 Rocky Point Road

Palos Verdes Estates Ca 90274

City State Zip Code

**PHONE:** 8315886120 **EMAIL:** aumilesjohn@gmail.com

**PLAINTIFF'S SIGNATURE:** Austen Miles Johnson (Jan 12, 2026 14:17:21 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Johnson Daniel Braxton

Last First Middle

**ADDRESS** 14080 Winners Cup Drive

Reno NV 89521

City State Zip Code

**PHONE:** 8053680232 **EMAIL:** braxton3357@gmail.com

**PLAINTIFF'S SIGNATURE:** Daniel Johnson (Jan 16, 2026 07:53:34 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – FDNY and New York City)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Johnston Brian J

Last First Middle

**ADDRESS** 15 Monroe St

Rockville Centre NY 11570

City State Zip Code

**PHONE:** 516-659-4681 **EMAIL:** bpjohnston4@verizon.net

**PLAINTIFF'S SIGNATURE:** Brian J. Johnston (Jan 15, 2026 16:13:45 EST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Jones / Evan / Thomas
Last / First / Middle

**ADDRESS** 23912 Gilford Place

Santa Clarita / CA / 91353
City / State / Zip Code

**PHONE:** 6619931847 **EMAIL:** etjones184@gmail.com

**PLAINTIFF'S SIGNATURE:** Evan Jones
Evan Jones (Jan 9, 2026 17:33:32 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Jones Joshua Thane

Last First Middle

**ADDRESS** 30558 Hilton rd.

murrieta ca 92563

City State Zip Code

**PHONE:** 5625053728 **EMAIL:** joshtj3@aol.com

**PLAINTIFF'S SIGNATURE:** Joshua Jones (Jan 14, 2026 22:35:15 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Jones Steven Paul

Last First Middle

**ADDRESS** 4 W Avenida Junipero

San Clemente CA 92672

City State Zip Code

**PHONE:** 9492791574 **EMAIL:** stevopj7@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]

Steven Jones (Jan 22, 2026 10:06:50 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Joo | Nelson | Omar |
| | Last | First | Middle |
| **ADDRESS** | 2359 Spring Meadow Dr | | |
| | Chino Hills | CA | 91709 |
| | City | State | Zip Code |

**PHONE:** 9496366977 **EMAIL:** nlsnjoo@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Nelson Joo (Jan 19, 2026 22:29:24 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kanda Seishi

Last First Middle

**ADDRESS** 17435 Lull St

Northridge Ca 91325

City State Zip Code

**PHONE:** 3107507367 **EMAIL:** adnak64@gmail.com

**PLAINTIFF'S SIGNATURE:** Seishi Kanda (Jan 12, 2026 13:35:16 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kanemaki Skip M

Last First Middle

**ADDRESS** 4983 e 14th st.

Long Beach CA 90804

City State Zip Code

**PHONE:** 3105081012 **EMAIL:** skanemaki@gmail.com

**PLAINTIFF'S SIGNATURE:** Skip Kanemaki (Jan 20, 2026 10:52:53 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Katende Jonah Kalali

Last First Middle

**ADDRESS** 2553 E Hyde Paseo

Ontario CA 91762

City State Zip Code

**PHONE:** 3235526269 **EMAIL:** jonahkatende@gmail.com

**PLAINTIFF'S SIGNATURE:** Jonah Katende (Jan 8, 2026 17:04:29 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Katz | Robert | David |
| | Last | First | Middle |
| **ADDRESS** | 243 Dunsmuir Ave | | |
| | Ventura | Ca | 93004 |
| | City | State | Zip Code |

**PHONE:** 8186792770 **EMAIL:** rkatz1515@gmail.com

**PLAINTIFF'S SIGNATURE:** Robert David Katz (Jan 8, 2026 18:24:34 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kelly Andrew

Last First Middle

**ADDRESS** 13950 Seven Hills Dr

Riverside CA 92503

City State Zip Code

**PHONE:** 7609756635 **EMAIL:** akelly1944@yahoo.com

**PLAINTIFF'S SIGNATURE:** Andrew Kelly (Jan 9, 2026 18:47:50 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kenoi Keith Kalei Kenji

Last First Middle

**ADDRESS** 23689 Kathryn st

Murrieta Ca 92562

City State Zip Code

**PHONE:** 3107025913 **EMAIL:** kenoi.keith.22@gmail.com

**PLAINTIFF'S SIGNATURE:**

Keith Kenoi (Jan 11, 2026 21:33:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ketaily Timothy Michael

Last First Middle

**ADDRESS** 19262 Merryweather dr

Santa Clarita Ca 91350

City State Zip Code

**PHONE:** 8054795731 **EMAIL:** tmketaily@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Timothy Ketaily (Jan 16, 2026 13:51:00 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ketelsleger Casey Eugene

Last First Middle

**ADDRESS** 2681 Coleridge Dr

Rossmoor CA 90720

City State Zip Code

**PHONE:** 951.7604397 **EMAIL:** caseyketelsleger@yahoo.com

**PLAINTIFF'S SIGNATURE:** Casey Ketelsleger

Casey Ketelsleger (Jan 8, 2026 17:17:29 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Keyawa (Last) Philip (First) Harvey (Middle)

**ADDRESS** 25015 Dogwood ct

Stevenson ranch (City) Ca (State) 91381 (Zip Code)

**PHONE:** 6613888161 **EMAIL:** joverthrow@aol.com

**PLAINTIFF'S SIGNATURE:** Philip Harvey Keyawa (Jan 11, 2026 22:03:51 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kisow (Last) Chad (First) Christopher (Middle)

**ADDRESS** 1143 E Orange Grove Ave

Orange (City) CA (State) 92867 (Zip Code)

**PHONE:** 7142253944 **EMAIL:** chadkisow@yahoo.com

**PLAINTIFF'S SIGNATURE:** Chad Kisow
Chad Kisow (Jan 20, 2026 08:10:15 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kitahata Thomas Dean

Last First Middle

**ADDRESS** 1660 El Dorado Drive

Thousand Oaks Ca 91362

City State Zip Code

**PHONE:** 8054058646 **EMAIL:** tkitahata@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Thomas D Kitahata (Jan 16, 2026 22:19:16 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Knoll Jason Robert

Last First Middle

**ADDRESS** 926 Hickory Ave

Torrance CA 90503

City State Zip Code

**PHONE:** 3107554596 **EMAIL:** knollj@gmail.com

**PLAINTIFF'S SIGNATURE:** JR Knoll

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Koach Clayton Robert

Last First Middle

**ADDRESS** 2234 Crescent Ave

Montrose CA 91020

City State Zip Code

**PHONE:** 8184840196 **EMAIL:** claykoach@gmail.com

**PLAINTIFF'S SIGNATURE:** Clayton Koach

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Konish Kevin Paul

Last First Middle

**ADDRESS** 1462 el Cerrito dr

Thousand Oaks CA 91362

City State Zip Code

**PHONE:** 8052792430 **EMAIL:** flcrew52@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Kevin Konish (Jan 11, 2026 17:44:04 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kovats Robert Lester

Last First Middle

**ADDRESS** 961 Torrey Pines Pl

Placentia Ca 92870

City State Zip Code

**PHONE:** 7149045908 **EMAIL:** tkovats@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** Robert L Kovats (Jan 12, 2026 12:49:28 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kozicki Christopher James

Last First Middle

**ADDRESS** 147 E 18th St. Apt 3

Costa Mesa Ca 92627

City State Zip Code

**PHONE:** 5623551183 **EMAIL:** cozick@gmail.com

**PLAINTIFF'S SIGNATURE:** Christopher James Kozicki (Jan 16, 2026 09:32:00 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kuder Kandi Lynne

Last First Middle

**ADDRESS** 4238 Adam Rd

Simi Valley CA 93063

City State Zip Code

**PHONE:** 8058242404 **EMAIL:** kandi.kuder@aol.com

**PLAINTIFF'S SIGNATURE:** Kandi Lynne Kuder (Jan 11, 2026 18:09:54 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Kuykendall Craig Steven

Last First Middle

**ADDRESS** 633 S Gertruda Ave

Redondo Beach CA 90277

City State Zip Code

**PHONE:** 3109188987 **EMAIL:** craigsk82@gmail.com

**PLAINTIFF'S SIGNATURE:** Craig Kuykendall (Jan 15, 2026 16:30:15 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Lauren | Brittni | Kuykendall |
| | Last | First | Middle |
| **ADDRESS** | 633 S Gertruda Ave | | |
| | Redondo Beach | CA | 90277 |
| | City | State | Zip Code |

**PHONE:** 8054282044 **EMAIL:** lbaer09@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Lauren Kuykendall (Jan 15, 2026 18:42:59 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | LACOUNT | MATTHEW | KRESTON |
| | Last | First | Middle |
| **ADDRESS** | 25 Whippoorwill Lane | | |
| | Ormond Beach | Florida | 32174 |
| | City | State | Zip Code |

**PHONE:** 8054157545 **EMAIL:** mlacount18@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Matthew Lacount (Jan 18, 2026 19:21:36 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** ______________________________
Last First Middle

**ADDRESS** ______________________________

______________________________
City State Zip Code

**PHONE:** ______________ **EMAIL:** diger132@aol.com

**PLAINTIFF'S SIGNATURE:** Chi Lam (Jan 20, 2026 14:38:37 EST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** LaMarre Joseph William

Last First Middle

**ADDRESS** 1658 Via Tulipan

San Clemente CA 92673

City State Zip Code

**PHONE:** 9494561072 **EMAIL:** joelamarre@att.net

**PLAINTIFF'S SIGNATURE:** Joseph William LaMarre (Jan 11, 2026 18:40:03 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Landis Jenifer Judith

Last First Middle

**ADDRESS** 11530 Wildflower Court

Moorpark Ca 93021

City State Zip Code

**PHONE:** 8058505232 **EMAIL:** jmomma468@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jenifer J Landis
Jenifer (Jan 19, 2026 19:58:29 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Lapenson Alexander Frederick
Last First Middle

**ADDRESS** 12487 canal drive. Unit #3

Rancho cucamonga Ca 91739
City State Zip Code

**PHONE:** 7607803901 **EMAIL:** alex.lapenson1@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Alexander lapenson (Jan 12, 2026 21:38:08 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** LAPIDES MAX ANTHONY

Last First Middle

**ADDRESS** 225 San Remo Dr

Long Beach CA 90803

City State Zip Code

**PHONE:** 8189706490 **EMAIL:** max.a.lapides@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Max Lapides (Jan 14, 2026 09:36:27 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| | | |
|---|---|---|
| Lavalle | Christopher | Matthew |
| Last | First | Middle |

**ADDRESS** 8650 Beechwood Dr.

| | | |
|---|---|---|
| Rancho Cucamonga | CA | 91701 |
| City | State | Zip Code |

**PHONE:** 9092613880 **EMAIL:** clavalle23@gmail.com

**PLAINTIFF'S SIGNATURE:** Christopher Lavalle (Jan 19, 2026 16:44:22 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Leamy Denver Reeae

Last First Middle

**ADDRESS** 766 Darmont Circle

Simi Valley Ca 93065

City State Zip Code

**PHONE:** 8052312668 **EMAIL:** denverleamy3@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Denver Leamy (Jan 8, 2026 17:55:30 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Lee Mayson

Last First Middle

**ADDRESS** 8540 Midway Lane

Chino California 91708

City State Zip Code

**PHONE:** 2135058660 **EMAIL:** maysonlee93@gmail.com

**PLAINTIFF'S SIGNATURE:** Mayson Lee

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Lefevre Dennis Arthur

Last First Middle

**ADDRESS** PO BOX 4207

Blue Jay CA 92317

City State Zip Code

**PHONE:** 6265133902 **EMAIL:** dennislefevre7@gmail.com

**PLAINTIFF'S SIGNATURE:** Dennis Lefevre (Jan 11, 2026 17:52:43 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Legaspi Dennis Frank
Last First Middle

**ADDRESS** 10960 West Threadgrass St

Star ID 83669
City State Zip Code

**PHONE:** 3104903867 **EMAIL:** dflegaspi@yahoo.com

**PLAINTIFF'S SIGNATURE:** Dennis Legaspi (Jan 17, 2026 06:31:51 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Levengood William Brook

Last First Middle

**ADDRESS** 177 Acacia Ave.

Monrovia CA 91016

City State Zip Code

**PHONE:** 6264849616 **EMAIL:** bleve2010@gmail.com

**PLAINTIFF'S SIGNATURE:** William Levengood

William Levengood (Jan 15, 2026 11:53:48 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Lew Garrett Quon

Last First Middle

**ADDRESS** 15235 Rousseau Lane

La Mirada Ca 90638

City State Zip Code

**PHONE:** 7143452160 **EMAIL:** truckonly15@gmail.com

**PLAINTIFF'S SIGNATURE:** Garrett Lew (Jan 13, 2026 06:58:48 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Lin | Jein Wen | N/A |
|---|---|---|
| Last | First | Middle |

**ADDRESS** 11032 Jerry Place

| Cerritos | CA | 90703 |
|---|---|---|
| City | State | Zip Code |

**PHONE:** 2134460434 **EMAIL:** john.jw.lin@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Jein Wen Lin (Jan 11, 2026 18:28:41 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Liu Arnold Chang
Last First Middle

**ADDRESS** 30120 via Monterey

Temecula Ca 92591
City State Zip Code

**PHONE:** 9512047024 **EMAIL:** arnerd67@yahoo.com

**PLAINTIFF'S SIGNATURE:** AcLi
Arnold liu (Jan 19, 2026 12:18:13 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Lomeli Brian

Last First Middle

**ADDRESS** 25277 Pacific Crest st

Corona CA 92883

City State Zip Code

**PHONE:** 5628220866 **EMAIL:** b.lomeli562@yahoo.com

**PLAINTIFF'S SIGNATURE:** Brian Lomeli (Jan 13, 2026 14:47:03 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Lowe Brian James

Last First Middle

**ADDRESS** 283 Poplar Crest Ave

Newbury Park CA 91320

City State Zip Code

**PHONE:** 3102660775 **EMAIL:** blowe10@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** [signature]

Brian Lowe (Jan 8, 2026 19:11:10 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | Last | First | Middle |
|---|---|---|---|
| **NAME** | Lozano | Albert | Christopher |

**ADDRESS** 1048 E D St

| City | State | Zip Code |
|---|---|---|
| Ontario | CA | 91864 |

**PHONE:** 6264227106 **EMAIL:** alb.lozano.1984@gmail.com

**PLAINTIFF'S SIGNATURE:** Albert Christopher Lozano (Jan 12, 2026 07:46:09 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Lumada (Last) Kevin (First) Panganiban (Middle)

**ADDRESS** 11444 Lindale St

Norwalk (City) CA (State) 90650 (Zip Code)

**PHONE:** 5624718220 **EMAIL:** klumada11@gmail.com

**PLAINTIFF'S SIGNATURE:** Kevin Lumada (Jan 13, 2026 22:34:44 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Luna Rodrigo Ulysses

Last First Middle

**ADDRESS** 27447 acacia dr

Valencia Ca 91354

City State Zip Code

**PHONE:** 6613731903 **EMAIL:** rodrigouluna@gmail.com

**PLAINTIFF'S SIGNATURE:** Rodrigo U Luna (Jan 14, 2026 12:02:17 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Lusk Justin Uel

Last First Middle

**ADDRESS** 1148 Borden Ave

Simi Valley CA 93065

City State Zip Code

**PHONE:** 8054024476 **EMAIL:** ueljl22@gmail.com

**PLAINTIFF'S SIGNATURE:** Justin Lusk (Jan 13, 2026 13:01:29 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Macias Alberto

Last First Middle

**ADDRESS** 550 N Conlon Ave

West Covina Ca 91790

City State Zip Code

**PHONE:** 8185686922 **EMAIL:** laf459@yahoo.com

**PLAINTIFF'S SIGNATURE:** Alberto Macias

Alberto Macias (Jan 12, 2026 08:04:18 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Makshanoff Andrew William

Last First Middle

**ADDRESS** 2621 Gregory Ln

La Habra Ca 90631

City State Zip Code

**PHONE:** 5625086228 **EMAIL:** adrewfire@msn.com

**PLAINTIFF'S SIGNATURE:** Andrew W Makshanoff (Jan 8, 2026 18:00:04 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Malinofsky Brian Alan

Last First Middle

**ADDRESS** 1944 W Santa Cruz st

San Pedro Ca 90732

City State Zip Code

**PHONE:** 3105280510 **EMAIL:** bk222@att.net

**PLAINTIFF'S SIGNATURE:** Karin Malinosky (Jan 13, 2026 18:56:07 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mandelbaum Adam

Last First Middle

**ADDRESS** 3877 Hartung Court

Newbury Park Ca 91320

City State Zip Code

**PHONE:** 8187307945 **EMAIL:** adammandelbaum@yahoo.com

**PLAINTIFF'S SIGNATURE:** adam mandelbaum (Jan 9, 2026 13:52:09 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mann Aaron

Last First Middle

**ADDRESS** 30725 US Hwy 19 N, #254

Palm Harbor FL 34684

City State Zip Code

**PHONE:** 5622614414 **EMAIL:** microshroom@gmail.com

**PLAINTIFF'S SIGNATURE:** Aaron Mann

Aaron Mann (Jan 8, 2026 22:07:07 EST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Marciano Jeffrey James

Last First Middle

**ADDRESS** 629 Azure Hills Dr

Simi Valley CA 93065

City State Zip Code

**PHONE:** 8052172353 **EMAIL:** jjm605@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** Jeffrey Marciano (Jan 14, 2026 08:32:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Marez Eddie

Last First Middle

**ADDRESS** 19304 E Level st

Covina Ca 91723

City State Zip Code

**PHONE:** 3236835643 **EMAIL:** eddiemarez@yahoo.com

**PLAINTIFF'S SIGNATURE:** eddie marez (Jan 12, 2026 19:07:09 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** ______________________________
Last First Middle

**ADDRESS** ______________________________

______________________________
City State Zip Code

**PHONE:** ______________ **EMAIL:** leilanim14@gmail.com

**PLAINTIFF'S SIGNATURE:** Leilani Martin

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Martinez Richard Howard

Last First Middle

**ADDRESS** 1461 Pamela Lane

La Habra Ca 90631

City State Zip Code

**PHONE:** 5626188510 **EMAIL:** rhmartinez23@yahoo.com

**PLAINTIFF'S SIGNATURE:** Richard Howard Martinez Jr. (Jan 12, 2026 12:06:29 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mass Jason Paul

Last First Middle

**ADDRESS** 31382 Garrano Circle

Menifee CA 92584

City State Zip Code

**PHONE:** 6266956323 **EMAIL:** massjason2@gmail.com

**PLAINTIFF'S SIGNATURE:** 2/19/23

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Masuck Joseph Francis

Last First Middle

**ADDRESS** 2165 Canyon Dr Unit B1

Costa Mesa CA 92627

City State Zip Code

**PHONE:** 8457544145 **EMAIL:** j.masuck@gmail.com

**PLAINTIFF'S SIGNATURE:** Joseph F Masuck

Joseph F Masuck (Jan 20, 2026 15:31:18 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Matillo Eric Gerard

Last First Middle

**ADDRESS** 4043 W Milano St

Meridian ID 83646

City State Zip Code

**PHONE:** 7143905391 **EMAIL:** ericmatillo@gmail.com

**PLAINTIFF'S SIGNATURE:** Eric G Matillo

Eric G Matillo (Jan 12, 2026 21:12:49 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mattei John Thomas

Last First Middle

**ADDRESS** 204 S Grand St

Orange Ca 92866

City State Zip Code

**PHONE:** 9494363748 **EMAIL:** jtmattei@yahoo.com

**PLAINTIFF'S SIGNATURE:**

John Thomas Mattei (Jan 12, 2026 08:16:55 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mattiaccio Matias S

Last First Middle

**ADDRESS** 2724 N Bristol St #A3

Santa Ana Ca 92706

City State Zip Code

**PHONE:** 7144543849 **EMAIL:** matias8803@yahoo.com

**PLAINTIFF'S SIGNATURE:** Matias Mattiaccio (Jan 13, 2026 15:06:19 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** McLean Mark Tavis
Last First Middle

**ADDRESS** 1854 Freeport Terrace

San Pedro CA 90733
City State Zip Code

**PHONE:** 3102458314 **EMAIL:** mtmclean21@me.com

**PLAINTIFF'S SIGNATURE:** Mark McLean (Jan 12, 2026 21:35:52 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Meadows (Last) Cory (First) Lee (Middle)

**ADDRESS** 5249 Alhama Drive

Woodland Hills (City) California (State) 91364 (Zip Code)

**PHONE:** 6613647363 **EMAIL:** c_meadows555@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Cory Lee Meadows (Jan 19, 2026 13:40:31 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Medina Henry Reinhard

Last First Middle

**ADDRESS** 16292 Golden Gate Lane

Huntington Beach CA 92649

City State Zip Code

**PHONE:** 3238332829 **EMAIL:** hmedina2074@gmail.com

**PLAINTIFF'S SIGNATURE:** Henry R. Medina (Jan 9, 2026 13:59:03 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Medina | Justin | Joshua

Last | First | Middle

**ADDRESS** 1502 Dawley Ave

La Puente | CA | 91744

City | State | Zip Code

**PHONE:** 6262905840 **EMAIL:** justinmedina626@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Justin Medina (Jan 19, 2026 16:51:40 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Medrano / Robert / Valente

Last / First / Middle

**ADDRESS** 10620 Briar st.

Norwalk / Ca / 90650

City / State / Zip Code

**PHONE:** 5623979319 **EMAIL:** medrano5150@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]

Robert V. Medrano (Jan 12, 2026 11:55:04 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** MEJIA CARLOS

Last First Middle

**ADDRESS** 27916 BALSAM CT.

VALENCIA CA 91354

City State Zip Code

**PHONE:** 8186011310 **EMAIL:** bbmejia@hotmail.com

**PLAINTIFF'S SIGNATURE:** Carlos Mejia

Carlos Mejia (Jan 13, 2026 16:13:48 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Mendez | Bryan | Geovanni |
| | Last | First | Middle |
| **ADDRESS** | 12267 Meadowvale St | | |
| | Eastvale | CA | 91752 |
| | City | State | Zip Code |

**PHONE:** 9097026642 **EMAIL:** bryanmendez95@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Bryan Mendez (Jan 10, 2026 05:42:08 GMT+7)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mendiola Adam James

Last First Middle

**ADDRESS** 25021 Express Drive

Laguna Hills CA 92653

City State Zip Code

**PHONE:** 6614067457 **EMAIL:** adamjmendiola@gmail.com

**PLAINTIFF'S SIGNATURE:**

Adam Mendiola (Jan 8, 2026 18:03:14 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mendoza Daniel Joseph

Last First Middle

**ADDRESS** 6082 Anacapa Dr

Huntington Beach Ca 92647

City State Zip Code

**PHONE:** 9494633959 **EMAIL:** danielmendoza022191@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Daniel Mendoza (Jan 18, 2026 20:16:15 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Meramble Jesse Thompson

Last First Middle

**ADDRESS** 41 Hillview ave

Ventura Ca 93003

City State Zip Code

**PHONE:** 8054444719 **EMAIL:** jmeramble@gmail.com

**PLAINTIFF'S SIGNATURE:** Jesse Thompson Meramble (Jan 13, 2026 14:38:36 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Messiha Morcus W

Last First Middle

**ADDRESS** 1336 Eaton rd

San Dimas Ca 91773

City State Zip Code

**PHONE:** 6263.25453 **EMAIL:** mwmessiha@gmail.com

**PLAINTIFF'S SIGNATURE:** Morcus Messiha (Jan 20, 2026 18:40:09 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Meza Miguel Angel

Last First Middle

**ADDRESS** 15817 Foster Road

La Mirada Ca 90638

City State Zip Code

**PHONE:** 3108970824 **EMAIL:** meza824@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Mike Meza (Jan 11, 2026 20:12:49 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Mia | Abrahzm | - |
| | Last | First | Middle |

**ADDRESS** 326(5W. Ave.J-10

| | | |
|---|---|---|
| Lancaster | Ca | 93536 |
| City | State | Zip Code |

**PHONE:** 6618168524 **EMAIL:** abraham.mia@icloud.com

**PLAINTIFF'S SIGNATURE:** Abraham Mia (Jan 12, 2026 21:55:05 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Miller Brian David

Last First Middle

**ADDRESS** 1273 7th street

Hermosa Beach Ca 90254

City State Zip Code

**PHONE:** 3107397788 **EMAIL:** nklhermosa@gmail.com

**PLAINTIFF'S SIGNATURE:** brian miller

brian miller (Jan 11, 2026 19:21:23 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Miller | Chase | Randall
Last | First | Middle

**ADDRESS** 16311 Woodstock lane

Huntington beach | CA | 92647
City | State | Zip Code

**PHONE:** 7142223536 **EMAIL:** chasemiller0878@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Chase Miller (Jan 21, 2026 06:54:05 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Miller / Clint / Morgan
Last / First / Middle

**ADDRESS** 2355 Torrance Blvd #E

Torrance / CA / 90501
City / State / Zip Code

**PHONE:** 3107806241 **EMAIL:** clintjdmiller@gmail.com

**PLAINTIFF'S SIGNATURE:** Clint Miller (Jan 12, 2026 16:07:10 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Miller Michael Albert

Last First Middle

**ADDRESS** 23321 Happy Valley Dr.

Newhall Ca 91321

City State Zip Code

**PHONE:** 6619933028 **EMAIL:** mi11er79@yahoo.com

**PLAINTIFF'S SIGNATURE:** Michael Miller (Jan 15, 2026 05:51:37 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Miller Tylar Timothy

Last First Middle

**ADDRESS** 124 Avenida Buena Ventura apt b

San Clemente Ca 92672

City State Zip Code

**PHONE:** 9499293270 **EMAIL:** millertylar@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Tylar Miller (Jan 16, 2026 11:11:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Millet Sean James
Last First Middle

**ADDRESS** 1397 Sapphire Dragon St.

Thousand Oaks Ca 91320
City State Zip Code

**PHONE:** 8057170618 **EMAIL:** trevcoleandcam@roadrunner.com

**PLAINTIFF'S SIGNATURE:** S-J Millett
Sean James Millett (Jan 14, 2026 09:21:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mireles Matthew Peter

Last First Middle

**ADDRESS** 8527 Portafino Pl

Whittier CA 90603

City State Zip Code

**PHONE:** 9518130698 **EMAIL:** mattmireles6@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Matthew Mireles (Jan 9, 2026 19:42:50 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mitchell Steven Allen

Last First Middle

**ADDRESS** 19153 Mission Grove Parkway S

Riverside CA 92508

City State Zip Code

**PHONE:** 3109184246 **EMAIL:** mitch31502@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** [signature]

Steven Allen Mitchell (Jan 13, 2026 13:26:32 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mitchell Taana

Last First Middle

**ADDRESS** 640 W 4th Street Unit 102

Long beach Ca 90802

City State Zip Code

**PHONE:** 5622774732 **EMAIL:** taanamitchell@gmail.com

**PLAINTIFF'S SIGNATURE:** TA'Ana Mitchell

TA'Ana Mitchell (Jan 14, 2026 11:05:29 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mittino Christopher Peter

Last First Middle

**ADDRESS** 2763 San Angelo Dr

Claremont CA 91711

City State Zip Code

**PHONE:** 9096313537 **EMAIL:** cmittino@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Christopher Mittino (Jan 15, 2026 05:18:59 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Monroy Sean Mark

Last First Middle

**ADDRESS** 1201 Aldine ct

San pedro CA 90731

City State Zip Code

**PHONE:** 3107489280 **EMAIL:** monroysean@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Sean Monroy (Jan 9, 2026 07:51:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Montenegro Luis Felipe
Last First Middle

**ADDRESS** 29770 Gypsy Vanner Way

Menifee CA 92584
City State Zip Code

**PHONE:** 6266769013 **EMAIL:** luimon@msn.com

**PLAINTIFF'S SIGNATURE:** Luis F Montenegro
Luis F Montenegro (Jan 14, 2026 11:23:09 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Moore Bryan Douglas

Last First Middle

**ADDRESS** 26252 Sage Grass Ct

Murrieta CA 92562

City State Zip Code

**PHONE:** 9513759383 **EMAIL:** bmoore54@me.com

**PLAINTIFF'S SIGNATURE:** Bryan Moore

Bryan Moore (Jan 8, 2026 17:25:50 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Moore Clinton Michael

Last First Middle

**ADDRESS** 12571 bromont ave

San fernado Ca 91340

City State Zip Code

**PHONE:** 8058441343 **EMAIL:** clintmoore70@aol.com

**PLAINTIFF'S SIGNATURE:** [signature]

Clinton Michael Moore (Jan 10, 2026 07:02:24 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Moore (Last) Ian (First) Alexander (Middle)

**ADDRESS** 3129 Sky ct

Simi valley (City) Ca (State) 93063 (Zip Code)

**PHONE:** 8058131282 **EMAIL:** moore.ian.88@gmail.com

**PLAINTIFF'S SIGNATURE:** Ian Moore (Jan 14, 2026 21:16:43 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Moore | Michael | John |
| | Last | First | Middle |
| **ADDRESS** | 1159 Fernleaf Lane | | |
| | Corona | CA | 92881 |
| | City | State | Zip Code |

**PHONE:** 9518471416 **EMAIL:** mjldmoore@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** Michael J. Moore
Michael J. Moore (Jan 19, 2026 14:31:58 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Morales Matthew

Last First Middle

**ADDRESS** 15607 Tern st.

Chino Hills CA 91709

City State Zip Code

**PHONE:** 9098688916 **EMAIL:** more.matthew6@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Matthew Morales (Jan 13, 2026 08:53:14 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Moreno Elias Joseph

Last First Middle

**ADDRESS** 3019 Westridge rd

Riverside Ca 92506

City State Zip Code

**PHONE:** 6267336226 **EMAIL:** moreno.17elias@gmail.com

**PLAINTIFF'S SIGNATURE:** Elias Moreno (Jan 21, 2026 18:56:48 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Moreno Gabriel Ricardo

Last First Middle

**ADDRESS** 6 salto

Aliso. viejo CA 92656

City State Zip Code

**PHONE:** 7147245556 **EMAIL:** fightin25@yahoo.com

**PLAINTIFF'S SIGNATURE:** Gabe Moreno (Jan 14, 2026 06:52:22 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Moreno (Last) Lizandro (First) Alexander (Middle)

**ADDRESS** 425 Cedar Crest Av.

Claremont (City) CA (State) 91711 (Zip Code)

**PHONE:** 5627562669 **EMAIL:** alex47798@gmail.com

**PLAINTIFF'S SIGNATURE:** Lizandro A. Moreno (Jan 14, 2026 20:43:53 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Morgan Jordan Noel

Last First Middle

**ADDRESS** 4725 Orion Ave Apt 110

Sherman Oaks CA 91403

City State Zip Code

**PHONE:** 8183918288 **EMAIL:** jordanmorgan423@gmail.com

**PLAINTIFF'S SIGNATURE:** Jordan Morgan

Jordan Morgan (Jan 13, 2026 16:16:06 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Morocco Matthew M

Last First Middle

**ADDRESS** 2715 Lompoc Street

Los Angeles CA 90065

City State Zip Code

**PHONE:** 3238049887 **EMAIL:** morocco.stefnmatt@gmail.com

**PLAINTIFF'S SIGNATURE:** Matthew Morocco

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Morrow Brett Derek

Last First Middle

**ADDRESS** 23446 Abury Ave

Murrieta Ca 92562

City State Zip Code

**PHONE:** 3102596255 **EMAIL:** brettmorrow@socal.rr.com

**PLAINTIFF'S SIGNATURE:** [signature] Brett Morrow (Jan 12, 2026 14:57:53 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Mott | Andrew | Timothy
Last | First | Middle

**ADDRESS** 49 Del Pizzoli

Lake Elsinore | CA | 92532
City | State | Zip Code

**PHONE:** 5133151594 **EMAIL:** atm1424@yahoo.com

**PLAINTIFF'S SIGNATURE:** Andrew Mott (Jan 12, 2026 19:46:45 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Last | First | Middle |
| --- | --- | --- |
| Mueller | Michael | Cameron |

**ADDRESS** 30826 Gilmour St

| City | State | Zip Code |
| --- | --- | --- |
| Castaic | Ca | 91384 |

**PHONE:** 6619933424 **EMAIL:** mnmueller28@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Michael Cameron Mueller (Jan 12, 2026 08:08:20 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Murphy Zachary Alan

Last First Middle

**ADDRESS** 1219 S Country Glen Way

Anaheim CA 92808

City State Zip Code

**PHONE:** 7148786670 **EMAIL:** z_murphy177@yahoo.com

**PLAINTIFF'S SIGNATURE:** Zachary Alan Murphy (Jan 21, 2026 19:29:56 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Muller Robert

Last First Middle

**ADDRESS** 320 Alabama st

Huntington Beach Ca 92648

City State Zip Code

**PHONE:** 5628336057 **EMAIL:** robertpmuller@hotmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Robert Paul Muller III (Jan 13, 2026 14:12:55 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Musacchio Jared Michael

Last First Middle

**ADDRESS** 36441 agave road

Lake Elsinore Ca 92532

City State Zip Code

**PHONE:** 7146141616 **EMAIL:** j_musacchio@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jared Michael Musacchio (Jan 16, 2026 20:41:29 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Nagy (Last) Zoltan (First) Miguel (Middle)

**ADDRESS** 15830 CedarFort dr

Canyon country (City) Ca (State) 91387 (Zip Code)

**PHONE:** 6617559655 **EMAIL:** zozogts1986@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Zoltan Nagy (Jan 16, 2026 13:58:15 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Najera Manuel Flores

Last First Middle

**ADDRESS** 5979 Jadeite Ave

Rancho Cucamonga Ca 91737

City State Zip Code

**PHONE:** 6268626986 **EMAIL:** najera09@yahoo.com

**PLAINTIFF'S SIGNATURE:**

Manuel F Najera Jr (Jan 13, 2026 06:20:20 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Nakamura Daniel Akira

Last First Middle

**ADDRESS** 6254 Brandy Pl

Rancho Cucamonga CA 91737

City State Zip Code

**PHONE:** 9095326633 **EMAIL:** danielnakamura14@gmail.com

**PLAINTIFF'S SIGNATURE:** Daniel Nakamura (Jan 13, 2026 21:53:32 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Narvaez | David | John |
| | Last | First | Middle |
| **ADDRESS** | 17335 Crest Heights Drive | | |
| | Santa Clarita | CA | 91387 |
| | City | State | Zip Code |

**PHONE:** 3105294448 **EMAIL:** davjnar@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** [signature] David Narvaez (Jan 21, 2026 14:25:59 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Nash Jake Edward

Last First Middle

**ADDRESS** 6654 Turnergrove Dr

Lakewood CA 90501

City State Zip Code

**PHONE:** 3109940622 **EMAIL:** jakenash16@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Jake Edward Nash (Jan 8, 2026 22:35:07 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Nash John Lee

Last First Middle

**ADDRESS** 8932 S 12th Ave

Inglewood CA 90305

City State Zip Code

**PHONE:** 3104026999 **EMAIL:** johnleenashjr@gmail.com

**PLAINTIFF'S SIGNATURE:** John Nash (Jan 11, 2026 19:52:22 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Neshati Justin Anthony

Last First Middle

**ADDRESS** 24010 Via Alisol

Murrieta CA 92562

City State Zip Code

**PHONE:** 9099730199 **EMAIL:** tallneshati@yahoo.com

**PLAINTIFF'S SIGNATURE:** Justin Neshati (Jan 10, 2026 11:57:25 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Nguyen Julian Tri

Last First Middle

**ADDRESS** 15052 Drake ln

Huntington beach Ca 92647

City State Zip Code

**PHONE:** 7142707292 **EMAIL:** julian_nguyen84@yahoo.com

**PLAINTIFF'S SIGNATURE:** Julian Nguyen

Julian Nguyen (Jan 11, 2026 19:24:32 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Norton John Paul

Last First Middle

**ADDRESS** 632 Aliento Way

Camarillo CA 93012

City State Zip Code

**PHONE:** 8185994515 **EMAIL:** j.norton49@live.com

**PLAINTIFF'S SIGNATURE:** John Norton (Jan 16, 2026 17:42:06 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Nunez Timothy John

Last First Middle

**ADDRESS** 1724 crebs way

Upland CA 91784

City State Zip Code

**PHONE:** 9517642950 **EMAIL:** timothy.nunez@aol.com

**PLAINTIFF'S SIGNATURE:** Timothy John Nunez

Timothy John Nunez (Jan 13, 2026 13:52:41 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Nyberg Nathan Thomas

Last First Middle

**ADDRESS** 31315 The Old Road Unit F

Castaic Ca 91384

City State Zip Code

**PHONE:** 6616457115 **EMAIL:** nathantnyberg@gmail.com

**PLAINTIFF'S SIGNATURE:** Nathan Nyberg (Jan 13, 2026 12:55:16 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Nyeholt Keith Eric

Last First Middle

**ADDRESS** 106 Rosalynn Drive

Glendora Ca 91740

City State Zip Code

**PHONE:** 6266657342 **EMAIL:** keithnyeholt@gmail.com

**PLAINTIFF'S SIGNATURE:** Keith Nyeholt (Jan 12, 2026 23:06:47 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Oberman Erik Bradley

Last First Middle

**ADDRESS** 80 62nd pl

Long beach Ca 90803

City State Zip Code

**PHONE:** 5625375373 **EMAIL:** erikoberman@gmail.com

**PLAINTIFF'S SIGNATURE:** Erik Oberman (Jan 19, 2026 10:36:26 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Obryan Corey William

Last First Middle

**ADDRESS** 26100 Newport rd A12 PMB 175

Menifee CA 92584

City State Zip Code

**PHONE:** 6192771631 **EMAIL:** coreyobryan68@gmail.com

**PLAINTIFF'S SIGNATURE:**

Corey obryan (Jan 8, 2026 19:52:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Oeser Michael Allen

Last First Middle

**ADDRESS** 2091 N. Albright Ave.

Upland CA 91784

City State Zip Code

**PHONE:** 6262016513 **EMAIL:** m.oeser921@gmail.com

**PLAINTIFF'S SIGNATURE:** Michael Oeser

Michael Oeser (Jan 8, 2026 16:35:03 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Oh | Christian | Minyoo

Last | First | Middle

**ADDRESS** 414 Mallorca Lane

Brea | CA | 92823

City | State | Zip Code

**PHONE:** 7145199691 **EMAIL:** oh.christian.m@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Christian Oh (Jan 8, 2026 18:25:12 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Olden Ryan Joseph
Last First Middle

**ADDRESS** 9798 Balaton St

Rancho Cucamonga CA 91737
City State Zip Code

**PHONE:** 9099520127 **EMAIL:** ryanolden1@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Ryan Olden (Jan 15, 2026 06:11:58 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** ORANTES JEFFREY A

Last First Middle

**ADDRESS** 25809 OLIVAS PARK RD

VALENCIA CA 91355

City State Zip Code

**PHONE:** 6616077389 **EMAIL:** jefforantes@gmail.com

**PLAINTIFF'S SIGNATURE:** Jeffrey A Orantes (Jan 14, 2026 09:36:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Orozco Richard Andrew

Last First Middle

**ADDRESS** 48 E Mankato Street

Chula Vista CA 91910

City State Zip Code

**PHONE:** 6197773215 **EMAIL:** fd.rorozco@yahoo.com

**PLAINTIFF'S SIGNATURE:** Richard Orozco (Jan 13, 2026 16:25:10 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ortiz Salvador Araiza

Last First Middle

**ADDRESS** 1275 Ward Pl

Escondido CA 92026

City State Zip Code

**PHONE:** 6192525753 **EMAIL:** salortiz83@yahoo.com

**PLAINTIFF'S SIGNATURE:** Salvador Ortiz (Jan 19, 2026 08:46:07 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ortiz Stephen Michael
Last First Middle

**ADDRESS** 10029 Fullbright Ave

Chatsworth Ca 91311
City State Zip Code

**PHONE:** 8052200288 **EMAIL:** steveortiz27101@gmail.com

**PLAINTIFF'S SIGNATURE:** Stephen Michael Ortiz (Jan 13, 2026 16:47:27 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Oseguera David Gabriel

Last First Middle

**ADDRESS** 10401 Memory Park Ave

Mission Hills CA 91345

City State Zip Code

**PHONE:** 8187304650 **EMAIL:** ffpmoso@yahoo.com

**PLAINTIFF'S SIGNATURE:** David Oseguera (Jan 12, 2026 20:49:52 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Oseguera Victor M

Last First Middle

**ADDRESS** 273 E. Edna pl

Covina Ca 91723

City State Zip Code

**PHONE:** 8183897450 **EMAIL:** rsqbear@hotmail.com

**PLAINTIFF'S SIGNATURE:** Victor M. Oseguera (Jan 11, 2026 17:24:53 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Osorio Randy K

Last First Middle

**ADDRESS** 25140 Golden Maple Dr

Santa Clarita CA 91387

City State Zip Code

**PHONE:** 6619938366 **EMAIL:** randy.osorio82@gmail.com

**PLAINTIFF'S SIGNATURE:** Randy K Osorio (Jan 16, 2026 17:52:51 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** PABICO CHRISTIAN TYLER

Last First Middle

**ADDRESS** 29 STEPPING STONE

IRVINE CA 92603

City State Zip Code

**PHONE:** 5628843223 **EMAIL:** christian.pabico@gmail.com

**PLAINTIFF'S SIGNATURE:** Christian Pabico

Christian Pabico (Jan 12, 2026 06:59:17 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Pagay Jr. (Last) Leighton (First) J (Middle)

**ADDRESS** 416 enclave circle Apt. 102

Costa mesa (City) Ca (State) 92626 (Zip Code)

**PHONE:** 5622806687 **EMAIL:** lpagay0503@yahoo.com

**PLAINTIFF'S SIGNATURE:** Leighton John Pagay Jr. (Jan 18, 2026 21:45:18 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Paredes | Bryan | Lee |
|---|---|---|
| Last | First | Middle |

**ADDRESS** 14902 Gerkin Ave

| Hawthorne | CA | 90250 |
|---|---|---|
| City | State | Zip Code |

**PHONE:** 3106588353 **EMAIL:** leewallz6@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Parker | Michael | John

Last | First | Middle

**ADDRESS** 27861 Cherry Creek Dr

Santa Clarita | CA | 91354

City | State | Zip Code

**PHONE:** 6619044269 **EMAIL:** parkerm97@aol.com

**PLAINTIFF'S SIGNATURE:** Michael Parker

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Parsons Thomas Dwight

Last First Middle

**ADDRESS** 16542 Monroe Lane

Huntington Beach CA 92647

City State Zip Code

**PHONE:** 7146511756 **EMAIL:** tommydog71@gmail.com

**PLAINTIFF'S SIGNATURE:** Thomas Parsons

Thomas Parsons (Jan 13, 2026 12:53:31 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Patrick Mason Tyler

Last First Middle

**ADDRESS** 12397 Thistle Dr

Rancho Cucamonga CA 91739

City State Zip Code

**PHONE:** 9093736793 **EMAIL:** masonpatrick5@gmail.com

**PLAINTIFF'S SIGNATURE:** Mason Tyler Patrick (Jan 12, 2026 08:26:17 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Patterson Jeff M

Last First Middle

**ADDRESS** 20952 Sequoia Lane

Mission Viejo CA 92691

City State Zip Code

**PHONE:** 4155956020 **EMAIL:** jeffpatterson17@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Jeffrey Michael Patterson (Jan 16, 2026 08:59:54 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Paxton Michael Ray

Last First Middle

**ADDRESS** 1081 Ridgehaven Dr

La Habra CA 90631

City State Zip Code

**PHONE:** 5623666303 **EMAIL:** mikepax11@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Michael Paxton (Jan 13, 2026 16:06:14 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Pearson Blake William

Last First Middle

**ADDRESS** 28391 Via Anzar

San Juan Capistrano CA 92675

City State Zip Code

**PHONE:** 9494018829 **EMAIL:** blakepearson222@gmail.com

**PLAINTIFF'S SIGNATURE:** Blake William Pearson (Jan 14, 2026 06:26:31 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Pena Nathan Scott

Last First Middle

**ADDRESS** 3603 vista vizcaino

Yorba Linda CA 92886

City State Zip Code

**PHONE:** 7148142121 **EMAIL:** npenaath@yahoo.com

**PLAINTIFF'S SIGNATURE:** Nathan Pena

Nathan Pena (Jan 8, 2026 19:24:16 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Peralta | Maxwell | Donald
Last | First | Middle

**ADDRESS** 483 W Baseline Rd

San Dimas | Ca | 91773
City | State | Zip Code

**PHONE:** 9099215954 **EMAIL:** maxwellperalta33@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Maxwell Peralta (Jan 21, 2026 07:44:42 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Perea, Jr — Robert — Joe
Last — First — Middle

**ADDRESS** 824 W. 20th St

Upland — Ca — 91794
City — State — Zip Code

**PHONE:** 6263920509 **EMAIL:** derby1945@msn.com

**PLAINTIFF'S SIGNATURE:** [signature]
Robert Joe Perea Jr (Jan 11, 2026 21:27:05 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Perine Mark Sullivan

Last First Middle

**ADDRESS** 13503 Sycamore Dr

Whittier Ca 90601

City State Zip Code

**PHONE:** 5627627695 **EMAIL:** mark.perine@gmail.com

**PLAINTIFF'S SIGNATURE:** mark perine (Jan 12, 2026 09:36:00 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Perry David Walter

Last First Middle

**ADDRESS** 772 Arbolado Dr.

Fullerton CA 92835

City State Zip Code

**PHONE:** 7143158031 **EMAIL:** davidpff@gmail.com

**PLAINTIFF'S SIGNATURE:** David W. Perry (Jan 10, 2026 15:03:31 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Peters | Jake | Scott

Last | First | Middle

**ADDRESS** 1885 Autumn Place

Simi Valley | CA | 93065

City | State | Zip Code

**PHONE:** 8183711550 **EMAIL:** jakepeters.work@gmail.com

**PLAINTIFF'S SIGNATURE:** Jake Scott Peters (Jan 16, 2026 09:24:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Petrich | Bryan | Thomas

Last | First | Middle

**ADDRESS** 3906 E 6th St

Long Beach | California | 90814

City | State | Zip Code

**PHONE:** 3102938334 **EMAIL:** palmslocal@aol.com

**PLAINTIFF'S SIGNATURE:** [signature]

Bryan Petrich (Jan 11, 2026 20:38:46 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Phelps Justin Rader

Last First Middle

**ADDRESS** 28433 Nicholas Circle

Santa Clarita CA 91350

City State Zip Code

**PHONE:** 3109704497 **EMAIL:** justin.phelps20@gmail.com

**PLAINTIFF'S SIGNATURE:** Justin Phelps (Jan 9, 2026 14:47:00 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Pickett Brandon Gutierrez

Last First Middle

**ADDRESS** 11694 Arch Hill Drive

Corona CA 92883

City State Zip Code

**PHONE:** 9494660061 **EMAIL:** pickett.brandon@ymail.com

**PLAINTIFF'S SIGNATURE:** Brandon Pickett (Jan 18, 2026 20:23:39 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Pinto Vitus Hans

Last First Middle

**ADDRESS** 1130 termino ave

Long Beach Ca 90804

City State Zip Code

**PHONE:** 5625156635 **EMAIL:** vituspinto3@gmail.com

**PLAINTIFF'S SIGNATURE:** Vitus Pinto (Jan 13, 2026 12:51:46 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Porter | Brett | Ryan |
| | Last | First | Middle |
| **ADDRESS** | 23221Single Oak Way | | |
| | Murrieta | CA | 92562 |
| | City | State | Zip Code |

**PHONE:** 8059051386 **EMAIL:** fireflyporter@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Brett Ryan Porter (Jan 14, 2026 21:04:14 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Porter Matthew Ray
Last First Middle

**ADDRESS** 242 Calle Higuera

Camarillo CA 93010
City State Zip Code

**PHONE:** 3107568125 **EMAIL:** ffmattporter@gmail.com

**PLAINTIFF'S SIGNATURE:** M Porter
Matthew Porter (Jan 21, 2026 18:27:07 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Garret Potter Freeman

Last First Middle

**ADDRESS** 26563 Meadow Rd

Menifee CA 92584

City State Zip Code

**PHONE:** 9492303008 **EMAIL:** gfpotter8@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Garret Freeman Potter (Jan 20, 2026 10:14:16 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Powell Dustin Lawrence
Last First Middle

**ADDRESS** 26370 Delca Lane

Wildomar CA 92595
City State Zip Code

**PHONE:** 7143932815 **EMAIL:** dlawp@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Dustin Powell (Jan 20, 2026 20:25:16 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Price | Raymond | W |
| | Last | First | Middle |
| **ADDRESS** | 8961 Greenwood Ave | | |
| | San Gabriel | CA | 91775 |
| | City | State | Zip Code |

**PHONE:** 6263162843 **EMAIL:** raymx193@gmail.com

**PLAINTIFF'S SIGNATURE:** Raymond Price (Jan 21, 2026 21:22:10 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Prince | Alexander | Nelson

Last | First | Middle

**ADDRESS** 9301 Donna Avenue

Northridge | California | 91324

City | State | Zip Code

**PHONE:** 8184299204 **EMAIL:** alexprince1990@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Alex Prince (Jan 11, 2026 21:52:28 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Prusa Ryan Phillip
Last First Middle

**ADDRESS** 1061 Twin Creeks Dr

Weatherford TX 76088
City State Zip Code

**PHONE:** 8058235610 **EMAIL:** ryanprusa@yahoo.com

**PLAINTIFF'S SIGNATURE:** Ryan Phillip Prusa (Jan 13, 2026 12:32:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Pudwill Jacob

Last First Middle

**ADDRESS** 30129 Hillside pl

Castaic CA 91384

City State Zip Code

**PHONE:** 8055582584 **EMAIL:** jpudwill12@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jacob Pudwill (Jan 15, 2026 19:27:52 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Puyot | Manuel | Antonio

Last | First | Middle

**ADDRESS** 37821 Antibes Court

Palmdale | CA | 93552

City | State | Zip Code

**PHONE:** 6262728370 **EMAIL:** manuelpuyot@gmail.com

**PLAINTIFF'S SIGNATURE:** Manuel A. Puyot

Manuel A. Puyot (Jan 12, 2026 23:22:50 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Quan Stanley Martin

Last First Middle

**ADDRESS** 19846 Christopher Lane

Saugus Ca 91360

City State Zip Code

**PHONE:** 6612124749 **EMAIL:** hapstan@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]

Stanley Martin Quan (Jan 9, 2026 16:06:58 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Quinlan Ryan Timothy

Last First Middle

**ADDRESS** 5 Via Lavendera

Rancho Santa Margarita CA 92688

City State Zip Code

**PHONE:** 7146616181 **EMAIL:** rquinlan155@gmail.com

**PLAINTIFF'S SIGNATURE:** Ryan Quinlan (Jan 21, 2026 20:02:25 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Quiñones Raphael

Last First Middle

**ADDRESS** 33 Cedarwood Dr

Phillips Ranch CA 91766

City State Zip Code

**PHONE:** 6268241260 **EMAIL:** rquinones24@yahoo.com

**PLAINTIFF'S SIGNATURE:** Raphael Quiñones (Jan 22, 2026 10:10:22 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Quintana | Kyle | Edward |
| | Last | First | Middle |
| **ADDRESS** | 76 Paseo del rey | | |
| | San Clemente | CA | 92673 |
| | City | State | Zip Code |

**PHONE:** 5624133389 **EMAIL:** kquintana11@yahoo.com

**PLAINTIFF'S SIGNATURE:** Kyle Quintana (Jan 21, 2026 12:50:29 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Raber Elan Samuel

Last First Middle

**ADDRESS** 27831 Bloomfield Ct.

Valencia Ca 91354

City State Zip Code

**PHONE:** 6612124181 **EMAIL:** erfire@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]

Elan Samuel Raber (Jan 14, 2026 07:09:34 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ramirez Gerardo Josue

Last First Middle

**ADDRESS** 14823 Dalman st

Whittier Ca 90603

City State Zip Code

**PHONE:** 9512830753 **EMAIL:** fezzsauza@gmail.com

**PLAINTIFF'S SIGNATURE:** Gerardo Josue Ramirez (Jan 12, 2026 21:36:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Ramlochan II | James | Daris |
| | Last | First | Middle |
| **ADDRESS** | 6654 Bedford Ave | | |
| | Los Angeles | CA | 90056 |
| | City | State | Zip Code |

**PHONE:** 3107518202 **EMAIL:** jamesramlochan@gmail.com

**PLAINTIFF'S SIGNATURE:** James D Ramlochan II (Jan 19, 2026 23:50:04 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Randolph Justin Lee

Last First Middle

**ADDRESS** 110 Milagro

Boerne TX 78006

City State Zip Code

**PHONE:** 8054320941 **EMAIL:** jleerandolph@gmail.com

**PLAINTIFF'S SIGNATURE:** Justin Randolph

Justin Randolph (Jan 12, 2026 12:17:21 CST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rash III Kern Henry

Last First Middle

**ADDRESS** 36130 Firwood Ct

Yucaipa CA 92399

City State Zip Code

**PHONE:** 9519923272 **EMAIL:** khrash@hotmail.com

**PLAINTIFF'S SIGNATURE:** Kern Henry Rash III (Jan 14, 2026 08:25:19 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Resendez Adan Montenegro
Last First Middle

**ADDRESS** 10131 Rosin Ave.

Whittier CA 90603
City State Zip Code

**PHONE:** 5628665014 **EMAIL:** usmcmcbh@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Adan Resendez (Jan 12, 2026 20:44:48 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Resendez John Eduardo

Last First Middle

**ADDRESS** 1706 crystal bridges

San Antonio Texas 78270

City State Zip Code

**PHONE:** 8055594894 **EMAIL:** theshows@verizon.net

**PLAINTIFF'S SIGNATURE:** [signature]

John Resendez (Jan 12, 2026 18:03:36 CST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Reyes Roy Javier

Last First Middle

**ADDRESS** 260 Cambria Dr.

Carson Ca 90745

City State Zip Code

**PHONE:** 3103650632 **EMAIL:** reyesrys38@yahoo.com

**PLAINTIFF'S SIGNATURE:** Roy Javier Reyes (Jan 13, 2026 11:12:42 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Reyes | Stephen | Anthony |
| | Last | First | Middle |
| **ADDRESS** | 5228 Navarro Street | | |
| | Los Angeles | CA | 90032 |
| | City | State | Zip Code |

**PHONE:** 9093735676 **EMAIL:** sreyes2283@gmail.com

**PLAINTIFF'S SIGNATURE:** Stephen Reyes
Stephen Reyes (Jan 12, 2026 08:25:31 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Reynoso Eric James

Last First Middle

**ADDRESS** 19212 E valley view st

West covina Ca 91702

City State Zip Code

**PHONE:** 3237199347 **EMAIL:** ekreynoso1006@gmail.com

**PLAINTIFF'S SIGNATURE:** Eric James Reynoso (Jan 16, 2026 20:52:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** RICE ERIC WALKER

Last First Middle

**ADDRESS** 207 LINCOLN DR

VENTURA CA 93001

City State Zip Code

**PHONE:** 3102275625 **EMAIL:** erice3@yahoo.com

**PLAINTIFF'S SIGNATURE:** eric rice

eric rice (Jan 12, 2026 23:12:10 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rice Travis Jack

Last First Middle

**ADDRESS** 5741 Calle Polvorosa

San Clemente CA 92673

City State Zip Code

**PHONE:** 3108484184 **EMAIL:** tricesd@yahoo.com

**PLAINTIFF'S SIGNATURE:** Travis Rice (Jan 15, 2026 05:30:31 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Risco Carlos Renan

Last First Middle

**ADDRESS** 926 S Cardiff St

Anaheim Ca 92806

City State Zip Code

**PHONE:** 7143257828 **EMAIL:** risco76@gmail.com

**PLAINTIFF'S SIGNATURE:** Carlos Risco

Carlos Risco (Jan 13, 2026 11:15:51 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Roberts (Last) Dustin (First) Hamilton (Middle)

**ADDRESS** 27150 Silver Oak Ln Apt 2033

Santa Clarita (City) CA (State) 91387 (Zip Code)

**PHONE:** 6615138833 **EMAIL:** dustin99roberts@gmail.com

**PLAINTIFF'S SIGNATURE:** Dustin Roberts

Dustin Roberts (Jan 13, 2026 21:35:56 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** ROBERTS JOHN THOMAS

Last First Middle

**ADDRESS** 28488 RODGERS DRIVE

SAUGUS CA 91350

City State Zip Code

**PHONE:** 6612125399 **EMAIL:** jtroberts72@gmail.com

**PLAINTIFF'S SIGNATURE:** John T. Roberts

John T. Roberts (Jan 13, 2026 10:21:07 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Roberts Johnathan P

Last First Middle

**ADDRESS** 3453 E Pine Ridge Loop

Ontario Ca 91761

City State Zip Code

**PHONE:** 2132928989 **EMAIL:** johnnylafd@gmail.com

**PLAINTIFF'S SIGNATURE:** Johnathan Roberts (Jan 8, 2026 22:34:27 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rocha Rudy Allan

Last First Middle

**ADDRESS** 4192 Apricot Rd

Simi Valley Ca 93063

City State Zip Code

**PHONE:** 8186187356 **EMAIL:** rudyallanrocha@gmail.com

**PLAINTIFF'S SIGNATURE:** Rudy Allan Rocha (Jan 11, 2026 20:29:08 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rodriguez Abraham Jose

Last First Middle

**ADDRESS** 4291 Highland Pl.

Riverside CA 92506

City State Zip Code

**PHONE:** 3235739042 **EMAIL:** a-rod53@att.net

**PLAINTIFF'S SIGNATURE:** Abraham J. Rodriguez (Jan 18, 2026 20:20:45 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rodriguez Caleb James

Last First Middle

**ADDRESS** 1723 Thomas Ave

San Diego CA 92109

City State Zip Code

**PHONE:** 8154415729 **EMAIL:** calebr2008@yahoo.com

**PLAINTIFF'S SIGNATURE:** Caleb James Rodriguez (Jan 15, 2026 23:14:18 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rodriguez Donald Joseph

Last First Middle

**ADDRESS** 27082 O'Neill Drive Apt.1021

Ladera Ranch Ca 92694

City State Zip Code

**PHONE:** 7149435644 **EMAIL:** heavydee48@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Donald Joseph Rodriguez (Jan 14, 2026 06:40:27 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rodriguez Maximilian

Last First Middle

**ADDRESS** 27937 Featherstar Ave

Santa Clarita CA 91350

City State Zip Code

**PHONE:** 8186674545 **EMAIL:** maxrod2409@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Maximilian Rodriguez (Jan 11, 2026 19:04:22 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rodriguez Ray

Last First Middle

**ADDRESS** 3907 BRIDLECREST ave

Simi Valley Ca 93063

City State Zip Code

**PHONE:** 8188004911 **EMAIL:** ray.rod@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Ray Rodriguez (Jan 11, 2026 17:24:42 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rolish Chad Russell

Last First Middle

**ADDRESS** 17332 Burrows Ln

Huntington Beach Ca 92649

City State Zip Code

**PHONE:** 9493077457 **EMAIL:** crolish@gmail.com

**PLAINTIFF'S SIGNATURE:** Chad Russell Rolish (Jan 14, 2026 12:42:24 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Romero Felipe

Last First Middle

**ADDRESS** 10441 Hillview Avenue

Chatsworth CA 91311

City State Zip Code

**PHONE:** 8186345548 **EMAIL:** promero98@yahoo.com

**PLAINTIFF'S SIGNATURE:** Felipe Romero (Jan 11, 2026 16:42:52 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ross Jordan

Last First Middle

**ADDRESS** 2078 North OMalley Way

Upland CA 91784

City State Zip Code

**PHONE:** 6266640869 **EMAIL:** jordanross5@gmail.com

**PLAINTIFF'S SIGNATURE:** Jordan Ross (Jan 8, 2026 19:04:00 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rosser Tyler David

Last First Middle

**ADDRESS** 4786 Summit Ave

Simi Valley Ca 93063

City State Zip Code

**PHONE:** 8183789287 **EMAIL:** trosser68@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Tyler David Rosser (Jan 11, 2026 20:48:31 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rozzen Brian Michael

Last First Middle

**ADDRESS** 1018 Avenue

Redondo Beach CA 90277

City State Zip Code

**PHONE:** 8186060285 **EMAIL:** brianrozzen@gmail.com

**PLAINTIFF'S SIGNATURE:** Brian Rozzen

Brian Rozzen (Jan 18, 2026 05:24:27 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Rush Jordan W

Last First Middle

**ADDRESS** 1481 placentia Ave apt 8

Newport beach Ca 92663

City State Zip Code

**PHONE:** 6614006214 **EMAIL:** jrush.sae@gmail.com

**PLAINTIFF'S SIGNATURE:** Jordan Rush (Jan 11, 2026 21:32:46 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Rush | Matthew | D |
| | Last | First | Middle |
| **ADDRESS** | 4564 Ironwood Ave | | |
| | Seal Beach | Ca | 90740 |
| | City | State | Zip Code |

**PHONE:** 5622172163 **EMAIL:** mrush2827@yahoo.com

**PLAINTIFF'S SIGNATURE:** Matthew Rush (Jan 13, 2026 17:24:23 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ryan Brandon James

Last First Middle

**ADDRESS** 5016 W Talbot St

Meridian ID 83646

City State Zip Code

**PHONE:** 2088901162 **EMAIL:** 92brandon92@gmail.com

**PLAINTIFF'S SIGNATURE:** Brandon Ryan

Brandon Ryan (Jan 9, 2026 18:24:51 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Saballos Daniel Joseph

Last First Middle

**ADDRESS** 5368 Mantova Ct

Fontana CA 92336

City State Zip Code

**PHONE:** 7608850838 **EMAIL:** daniel.saballos@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Daniel Saballos (Jan 13, 2026 13:13:42 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Sacramone Brian Anthony

Last First Middle

**ADDRESS** 834 Commonwealth Ave

Venice CA 90291

City State Zip Code

**PHONE:** 3107011172 **EMAIL:** briansacramone@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Brian Anthony Sacramone (Jan 9, 2026 17:10:25 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Saenz II | Andres | Gerardo |
| | Last | First | Middle |
| **ADDRESS** | 34208 Amici St | | |
| | Temecula | Ca | 92592 |
| | City | State | Zip Code |

**PHONE:** 92592 **EMAIL:** asaenz38@gmail.com

**PLAINTIFF'S SIGNATURE:** Andres Saenz (Jan 19, 2026 12:29:40 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Saez Jebediah Caleb

Last First Middle

**ADDRESS** 668 Calle Pensamiento

Thousand Oaks CA 91360

City State Zip Code

**PHONE:** 8054534178 **EMAIL:** saez16@mac.com

**PLAINTIFF'S SIGNATURE:**

Jebediah Saez (Jan 12, 2026 07:51:38 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Saldana / Adrian / C
Last / First / Middle

**ADDRESS** 4101 S Wildflax Paseo unit 163

Ontario / Ca / 91761
City / State / Zip Code

**PHONE:** 6265128020 **EMAIL:** asaldana085@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Adrian Saldana (Jan 19, 2026 18:08:01 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Salinas Julian Frank
Last First Middle

**ADDRESS** 2561 N Orange Ave

Rialto Ca 92377
City State Zip Code

**PHONE:** 9092130192 **EMAIL:** salinasjulian@ymail.com

**PLAINTIFF'S SIGNATURE:** Julian Frank Salinas (Jan 9, 2026 13:56:40 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Samide Jessie Michael

Last First Middle

**ADDRESS** 3216 parkland ct

Folsom Ca 95630

City State Zip Code

**PHONE:** ______________ **EMAIL:** jessesamide@gmail.com

**PLAINTIFF'S SIGNATURE:** JS
Jessie samide (Jan 13, 2026 10:15:13 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Sample Benjamin J
Last First Middle

**ADDRESS** 3830 Cherrywood Avenue

Los Angeles Ca 90008
City State Zip Code

**PHONE:** 3109903746 **EMAIL:** benjaminsample@yahoo.com

**PLAINTIFF'S SIGNATURE:** Benjamin Sample
Benjamin Sample (Jan 21, 2026 02:59:15 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Sangthongkum Puvadol

Last First Middle

**ADDRESS** 23920 Windward Lane

Valencia CA 91355

City State Zip Code

**PHONE:** 8184863174 **EMAIL:** puvadol89@hotmail.com

**PLAINTIFF'S SIGNATURE:** Puvadol Sangthongkum (Jan 15, 2026 13:57:13 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Scantlebury | Edward | Dustin
Last | First | Middle

**ADDRESS** 3312 Druid lane

Rossmoor | Ca | 90720
City | State | Zip Code

**PHONE:** 5628580439 **EMAIL:** scaryfast26@yahoo.com

**PLAINTIFF'S SIGNATURE:** Edward Dustin Scantlebury (Jan 15, 2026 11:36:10 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Schmad Andrew Paul

Last First Middle

**ADDRESS** 805 Luminara Way

San Marcos CA 92078

City State Zip Code

**PHONE:** 2134466041 **EMAIL:** andrewschmad@gmail.com

**PLAINTIFF'S SIGNATURE:** Andrew Schmad (Jan 17, 2026 08:29:04 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Schober Whitney Blair

Last First Middle

**ADDRESS** 944 Joann St

Costa Mesa CA 92627

City State Zip Code

**PHONE:** 7706958793 **EMAIL:** whitneyschober@gmail.com

**PLAINTIFF'S SIGNATURE:** Whitney Schober (Jan 11, 2026 20:30:56 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Scott | Robert | Lon
Last | First | Middle

**ADDRESS** 24555 Redwing Street

Middleton | ID | 83644
City | State | Zip Code

**PHONE:** 9497507556 **EMAIL:** wavecrsr@aol.com

**PLAINTIFF'S SIGNATURE:** Robert L Scott (Jan 10, 2026 10:54:53 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Last | First | Middle |
|---|---|---|
| Seers | Michael | John |

**ADDRESS** 19609 Talisman St

| City | State | Zip Code |
|---|---|---|
| Torrance | CA | 90503 |

**PHONE:** 3109381104 **EMAIL:** mikeseers@icloud.com

**PLAINTIFF'S SIGNATURE:** Michael Seers (Jan 9, 2026 14:14:29 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Segura Edgar

Last First Middle

**ADDRESS** 665 W 24th Street #214

San Pedro Ca 90731

City State Zip Code

**PHONE:** 310717970 **EMAIL:** incendairy@hotmail.com

**PLAINTIFF'S SIGNATURE:** Edgar Segura

Edgar Segura (Jan 14, 2026 08:45:28 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Serrato-Castillo Pedro

Last First Middle

**ADDRESS** P.O. Box 2642

Blue jay Ca 92317

City State Zip Code

**PHONE:** 289008146 **EMAIL:** serrato46@gmail.com

**PLAINTIFF'S SIGNATURE:** Pedro Serrato (Jan 8, 2026 17:18:45 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Sexton II Douglas Eric

Last First Middle

**ADDRESS** 1885 San Francisco ave

Long beach Ca 90806

City State Zip Code

**PHONE:** 5622089146 **EMAIL:** douglassextonjr@gmail.com

**PLAINTIFF'S SIGNATURE:** Douglas Sexton II (Jan 13, 2026 16:57:31 AST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Shaffer Andrew Melvin

Last First Middle

**ADDRESS** 6627 Leanne St

Eastvale Ca 91752

City State Zip Code

**PHONE:** 9517414923 **EMAIL:** shaffdogfd@yahoo.com

**PLAINTIFF'S SIGNATURE:** Andrew Shaffer (Jan 13, 2026 10:15:38 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Shamburger Jeffrey Lewis

Last First Middle

**ADDRESS** 39768 Gorham Lane

Palmdale CA 93551

City State Zip Code

**PHONE:** 6618601738 **EMAIL:** firestation94@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jeffrey Shamburger

Jeffrey Shamburger (Jan 11, 2026 21:16:27 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Shatee Eric Maurice

Last First Middle

**ADDRESS** 11954 Doral Ave

Porter Ranch CA 91326

City State Zip Code

**PHONE:** 3107539024 **EMAIL:** eshatee@sbcglobal.net

**PLAINTIFF'S SIGNATURE:** [signature]
Eric Shatee (Jan 12, 2026 07:32:48 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | Last | First | Middle |
|---|---|---|---|
| **NAME** | Sisserson | Matthew | L |

**ADDRESS** 14343 Shawnee st

| City | State | Zip Code |
|---|---|---|
| Moorpark | Ca | 93021 |

**PHONE:** 8054275748 **EMAIL:** m_sisserson@yahoo.com

**PLAINTIFF'S SIGNATURE:** Matthew Lane Sisserson (Jan 11, 2026 18:28:39 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Smith Brandon Eugene

Last First Middle

**ADDRESS** 19183 Carranza Ln

Santa Clarita Ca 91350

City State Zip Code

**PHONE:** 8182816141 **EMAIL:** ffmediq.bs@gmail.com

**PLAINTIFF'S SIGNATURE:** Brandon Eugene Smith (Jan 12, 2026 07:12:31 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Smith Jeremy

Last First Middle

**ADDRESS** 7733 River Village Dr

Sacramento CA 95831

City State Zip Code

**PHONE:** 3106661561 **EMAIL:** jeremy.ms@hotmail.com

**PLAINTIFF'S SIGNATURE:** Jeremy Smith (Jan 13, 2026 13:27:10 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Smith Sheldon Kelly

Last First Middle

**ADDRESS** 5502 Lakewood blvd.

Lakewood Ca 90712

City State Zip Code

**PHONE:** 3108539217 **EMAIL:** sheldonsmith89@gmail.com

**PLAINTIFF'S SIGNATURE:** Sheldon Smith (Jan 12, 2026 18:59:48 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Spencer Christopher Winston

Last First Middle

**ADDRESS** 2127 Mendon Dr.

Rancho Palos Verdes CA 90275

City State Zip Code

**PHONE:** 3102187288 **EMAIL:** sailor7x@gmail.com

**PLAINTIFF'S SIGNATURE:** Christopher Spencer

Christopher Spencer (Jan 21, 2026 16:26:12 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Stadden Jeffrey Alan

Last First Middle

**ADDRESS** 3362 E. Barrel Roll Dr.

Saint George UT 84790

City State Zip Code

**PHONE:** 3107663303 **EMAIL:** stadden440@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]

Jeffrey Stadden (Jan 16, 2026 12:06:59 MST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Steele Bradley Paul
Last First Middle

**ADDRESS** 26976 1/2 Sand Canyon Rd

Canyon Country Ca 91387
City State Zip Code

**PHONE:** 8184978260 **EMAIL:** firevet24@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Bradley P Steele (Jan 9, 2026 20:47:20 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Stehmeier Brian Russell

Last First Middle

**ADDRESS** 16350 Valle vista way

Riverside Ca 92506

City State Zip Code

**PHONE:** 9092138342 **EMAIL:** stehm1@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature]
Brian Stehmeier (Jan 12, 2026 19:30:45 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Steiner Joseph Andrew

Last First Middle

**ADDRESS** 9101 Hyde Park Drive

Huntington Beach CA 92646

City State Zip Code

**PHONE:** 7143090110 **EMAIL:** hbsteiners@verizon.net

**PLAINTIFF'S SIGNATURE:** Joseph Steiner

Joseph Steiner (Jan 12, 2026 13:29:32 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Stetzinger Sean Michael

Last First Middle

**ADDRESS** 2030 citrus wood lane

Riverside CA 92503

City State Zip Code

**PHONE:** 8152364034 **EMAIL:** seanstetzinger@gmail.com

**PLAINTIFF'S SIGNATURE:** Sean Stetzinger (Jan 9, 2026 09:13:32 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Stevens | Brett | Robert |
| | Last | First | Middle |

**ADDRESS** 1702 S Anchovy ave.

| | | |
|---|---|---|
| San Pedro | Ca | 90732 |
| City | State | Zip Code |

**PHONE:** 3102936455 **EMAIL:** stevensbrett86@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Brett Stevens (Jan 13, 2026 08:37:14 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Stevens Jeffrey Warren

Last First Middle

**ADDRESS** 3320 Deluna dr

Rancho Palos Verdes Ca 90275

City State Zip Code

**PHONE:** 3103393750 **EMAIL:** jstevens1379@gmail.com

**PLAINTIFF'S SIGNATURE:** jeff stevens (Jan 8, 2026 20:39:37 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Stilson | Ladd | Michael |
| | Last | First | Middle |
| **ADDRESS** | 264 eagleview pl. | | |
| | Newbury park | Ca | 91320 |
| | City | State | Zip Code |

**PHONE:** 8186670923 **EMAIL:** laddstilson@yahoo.com

**PLAINTIFF'S SIGNATURE:** Ladd stilson (Jan 12, 2026 17:35:19 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** STOCKTON KELSEY ELIZABETH
Last First Middle

**ADDRESS** 31112 CORTE ALAMAR

TEMECULA CA 92592
City State Zip Code

**PHONE:** 9513751177 **EMAIL:** kelseystockton@yahoo.com

**PLAINTIFF'S SIGNATURE:** Kelsey Stockton (Jan 19, 2026 20:58:09 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Stoffel Robert Joseph

Last First Middle

**ADDRESS** 5078 Eclipse Ave

Jurupa Valley Ca 91752

City State Zip Code

**PHONE:** 9519034467 **EMAIL:** robert.j.stoffel@gmail.com

**PLAINTIFF'S SIGNATURE:**

Robert Joseph Stoffel (Jan 13, 2026 14:26:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Stoker Ryan Joseph

Last First Middle

**ADDRESS** 5852 e barbanell st

Long beach Ca 90815

City State Zip Code

**PHONE:** 9496830767 **EMAIL:** rjstoker333@gmail.com

**PLAINTIFF'S SIGNATURE:** Ryan Joseph stoker (Jan 19, 2026 08:28:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Stone / Terrence / Rayvon
Last / First / Middle

**ADDRESS** 1647 n Althea ave

Rialto / CA / 92376
City / State / Zip Code

**PHONE:** 9099615458 **EMAIL:** terrence.stone92@gmail.com

**PLAINTIFF'S SIGNATURE:** Terrence Stone
Terrence Stone (Jan 19, 2026 15:17:00 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Stover Robert P
Last First Middle

**ADDRESS** 2512 Links Drive

Laughlin Nv 89029
City State Zip Code

**PHONE:** 9092133802 **EMAIL:** stoverelectric@msn.com

**PLAINTIFF'S SIGNATURE:** [signature]
Robert Stover (Jan 12, 2026 22:46:02 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Stuart Chad Eric

Last First Middle

**ADDRESS** 12181 Chaucer Rd.

Los Alamitos CA 90720

City State Zip Code

**PHONE:** 5628107278 **EMAIL:** jcstucrew@verizon.net

**PLAINTIFF'S SIGNATURE:** Chad Stuart

Chad Stuart (Jan 13, 2026 07:44:53 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Swartz Braiden Matthew

Last First Middle

**ADDRESS** 32771 ridge top lane

Castaic CA 91384

City State Zip Code

**PHONE:** 8184213870 **EMAIL:** braidenswartz1@gmail.com

**PLAINTIFF'S SIGNATURE:** Braiden Swartz

Braiden Swartz (Jan 12, 2026 18:41:21 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Taillon Cory Michael

Last First Middle

**ADDRESS** 2116 Savoy Ct.

Middleton ID 83644

City State Zip Code

**PHONE:** 8053900770 **EMAIL:** cmtaillon@gmail.com

**PLAINTIFF'S SIGNATURE:** Cory M. Taillon

Cory M. Taillon (Jan 16, 2026 21:19:05 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Tamayo | Jason | Scott |
| | Last | First | Middle |
| **ADDRESS** | 28312 Gibraltar Ln | | |
| | Castaic | Ca | 91384 |
| | City | State | Zip Code |

**PHONE:** 6619049270 **EMAIL:** oneironjst@aol.com

**PLAINTIFF'S SIGNATURE:** Jason Scott Tamayo (Jan 12, 2026 07:42:05 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Tapia Robert Eddie

Last First Middle

**ADDRESS** 2144 lariat trl

Celina Tx 75009

City State Zip Code

**PHONE:** 7609538180 **EMAIL:** rtaps14@gmail.com

**PLAINTIFF'S SIGNATURE:** Robert Tapia (Jan 10, 2026 08:14:13 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Temple Anthony R

Last First Middle

**ADDRESS** 22726 Martha street

Woodland Hills Ca 91367

City State Zip Code

**PHONE:** 8184160081 **EMAIL:** atny57@gmail.com

**PLAINTIFF'S SIGNATURE:** Anthony Temple (Jan 22, 2026 09:58:20 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Tenorio Manuel

Last First Middle

**ADDRESS** 1506 Ponderosa ave

Fullerton Ca 92935

City State Zip Code

**PHONE:** 3107534387 **EMAIL:** mannyfire27@gmail.com

**PLAINTIFF'S SIGNATURE:** Manuel Tenorio (Jan 14, 2026 09:24:23 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Thek Mark Ryan

Last First Middle

**ADDRESS** 1030 7th St

Hermosa Beach CA 90254

City State Zip Code

**PHONE:** 3106143197 **EMAIL:** mthek27@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]

Mark Thek (Jan 12, 2026 21:17:00 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Thomas (Last) Adrian (First) M (Middle)

**ADDRESS** 24764 Coldwater canyon trail

Menifee (City) Ca (State) 92584 (Zip Code)

**PHONE:** 6263903375 **EMAIL:** ade2u@yahoo.com

**PLAINTIFF'S SIGNATURE:** Adrian Thomas (Jan 16, 2026 17:43:16 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Thompkins Nicholas Anthony

Last First Middle

**ADDRESS** 4251 w 62nd st

Los Angeles Ca 90043

City State Zip Code

**PHONE:** 4247894459 **EMAIL:** nicholas.thompkins@yahoo.com

**PLAINTIFF'S SIGNATURE:** Nicholas Thompkins (Jan 12, 2026 06:12:16 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Thompson (Last) Matthew (First) Raymond (Middle)

**ADDRESS** 21892 Michigan lane

Lake Forest (City) CA (State) 92630 (Zip Code)

**PHONE:** 9499391670 **EMAIL:** matlok@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Matthew Raymond Thompson (Jan 13, 2026 07:18:25 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Timmons Darion Michael
Last First Middle

**ADDRESS** 150 E 233rd St

Carson CA 90745
City State Zip Code

**PHONE:** 5622578220 **EMAIL:** darion_timmons@yahoo.com

**PLAINTIFF'S SIGNATURE:** Darion Timmons (Jan 19, 2026 09:04:29 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Tokunaga James Yoshio

Last First Middle

**ADDRESS** 5929 Hersholt Ave.

Lakewood Ca 90712

City State Zip Code

**PHONE:** 5627457696 **EMAIL:** jamestokunaga@yahoo.com

**PLAINTIFF'S SIGNATURE:** James Tokunaga

James Tokunaga (Jan 11, 2026 18:56:41 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Toledo | Marcues | NA |
| | Last | First | Middle |
| **ADDRESS** | 416 Opal cove way | | |
| | Seal beach | Ca | 90740 |
| | City | State | Zip Code |

**PHONE:** 5624728020 **EMAIL:** marcncie@gmail.com

**PLAINTIFF'S SIGNATURE:** Marcues Toledo
Marcues Toledo (Jan 12, 2026 11:38:55 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Toledo Marvin I

Last First Middle

**ADDRESS** 24448 Hampton dr unit c

Valencia CA 91356

City State Zip Code

**PHONE:** 8187485585 **EMAIL:** mtoledo2311@hotmail.com

**PLAINTIFF'S SIGNATURE:** Marvin Toledo (Jan 14, 2026 11:57:42 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Tomacruz Ronald Bulda

Last First Middle

**ADDRESS** 19090 Hawkhill Ave

Perris CA 92570

City State Zip Code

**PHONE:** 3104885408 **EMAIL:** rtomygun@gmail.com

**PLAINTIFF'S SIGNATURE:** Ronald Tomacruz (Jan 13, 2026 14:16:13 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Tomlin Kelly Dean

Last First Middle

**ADDRESS** 9051 Annik Drive

Huntington Beach California 92646

City State Zip Code

**PHONE:** 9492803883 **EMAIL:** ktomlin24@yahoo.com

**PLAINTIFF'S SIGNATURE:** Kelly Tomlin

Kelly Tomlin (Jan 12, 2026 07:59:45 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Topinio Rhonie Fernando

Last First Middle

**ADDRESS** 11050 foxcroft dr.

Whittier California 90604

City State Zip Code

**PHONE:** 5626524994 **EMAIL:** rhonietopinio@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Rhonie Topinio (Jan 15, 2026 07:14:19 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** ______________________________
Last First Middle

**ADDRESS** ______________________________

______________________________
City State Zip Code

**PHONE:** ____________ **EMAIL:** adrian.torres034@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature] Adrian Torres (Jan 14, 2026 15:32:42 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Torres Daniel

Last First Middle

**ADDRESS** 14091 Meadowlands Dr

Riverside Ca 92503

City State Zip Code

**PHONE:** 3235772889 **EMAIL:** daniel.torres4215@gmail.com

**PLAINTIFF'S SIGNATURE:** Daniel Torres (Jan 11, 2026 21:23:27 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Torrez David Michael

Last First Middle

**ADDRESS** 7167 Daybreak Pl

Rancho Cucamonga Ca 91701

City State Zip Code

**PHONE:** 9092275435 **EMAIL:** dmt0707@gmail.com

**PLAINTIFF'S SIGNATURE:** David Torrez (Jan 13, 2026 16:54:51 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Tran (Last) Quan (First) Pernell (Middle)

**ADDRESS** 27115 Observation ct

Valencia (City) CA (State) 91381 (Zip Code)

**PHONE:** 8182190138 **EMAIL:** quantran3@gmail.com

**PLAINTIFF'S SIGNATURE:** Quan Tran (Jan 12, 2026 10:50:29 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Travis | Daniel | Thomas |
| | Last | First | Middle |
| **ADDRESS** | 1358 crystal hill lane, unit #1 | | |
| | Henderson | Nv | 89012 |
| | City | State | Zip Code |

**PHONE:** 8054286246 **EMAIL:** dttravis74@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Daniel Thomas Travis (Jan 13, 2026 08:27:51 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Trtryan Manvel

Last First Middle

**ADDRESS** 11039 Garden Grove Ave

Porter Ranch Ca 91326

City State Zip Code

**PHONE:** 8189398653 **EMAIL:** manveltrtryan@yahoo.com

**PLAINTIFF'S SIGNATURE:** Manvel Trtryan (Jan 11, 2026 18:20:23 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Joshua Tsai Ming

Last First Middle

**ADDRESS** 2244 Ryan wy

Upland Ca 91784

City State Zip Code

**PHONE:** 6197577713 **EMAIL:** josh.m.tsai@gmail.com

**PLAINTIFF'S SIGNATURE:** Joshua Ming Tsai (Jan 11, 2026 16:43:34 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Urrea Julian Pablo

Last First Middle

**ADDRESS** 1101 Ohio Way

Duarte CA 91010

City State Zip Code

**PHONE:** 6266560444 **EMAIL:** julian.p.urrea@gmail.com

**PLAINTIFF'S SIGNATURE:** Julian Urrea (Jan 13, 2026 14:28:08 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Vaca Emilio Nicanor
Last First Middle

**ADDRESS** 8710 Delgany Ave

Playa Del Rey CA 90293
City State Zip Code

**PHONE:** 3104051432 **EMAIL:** vacaflores.emilio@gmail.com

**PLAINTIFF'S SIGNATURE:** Emilio Nicanor Vaca
Emilio Nicanor Vaca (Jan 8, 2026 23:29:59 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Vactor Xavier Charles

Last First Middle

**ADDRESS** 608 S Dunsmuir Ave #303

Los Angeles CA 90036

City State Zip Code

**PHONE:** 3232038229 **EMAIL:** xcvactor@gmail.com

**PLAINTIFF'S SIGNATURE:** Xavier Vactor

Xavier Vactor (Jan 15, 2026 09:49:31 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Vadukul Krishan J

Last First Middle

**ADDRESS** 20398 Via Marwah

Yorba Linda CA 92886

City State Zip Code

**PHONE:** 7143290052 **EMAIL:** krishan_vadukul@yahoo.com

**PLAINTIFF'S SIGNATURE:**

Krishan Vadukul (Jan 8, 2026 19:44:52 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Valdez | Travis | K |
| | Last | First | Middle |
| **ADDRESS** | 33105 Eaglepoint dr | | |
| | Yucaipa | CA | 92399 |
| | City | State | Zip Code |

**PHONE:** 9092890271 **EMAIL:** travis_valdez@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Travis Valdez (Jan 11, 2026 20:07:28 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Vallejos Timothy M

Last First Middle

**ADDRESS** 2834 West Avenue 30

Los Angeles CA 90065

City State Zip Code

**PHONE:** 8185212719 **EMAIL:** tvallejos1@yahoo.com

**PLAINTIFF'S SIGNATURE:** Timothy Vallejos

Timothy Vallejos (Jan 12, 2026 10:39:23 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Vand | Yasha | |
| | Last | First | Middle |
| **ADDRESS** | 411 Hopkins Ave | | |
| | Hermosa Beach | CA | 90254 |
| | City | State | Zip Code |

**PHONE:** 3106346410 **EMAIL:** yashvand@gmail.com

**PLAINTIFF'S SIGNATURE:** Yasha Vand (Jan 12, 2026 14:02:52 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Vargas / Luis / Eduardo
Last / First / Middle

**ADDRESS** 33182 Elisa Dr

Dana Point / Ca / 92629
City / State / Zip Code

**PHONE:** 9494123393 **EMAIL:** levargas65@yahoo.com

**PLAINTIFF'S SIGNATURE:** L. V.
Luis Vargas (Jan 12, 2026 21:03:03 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Varnum Tyler Wayne

Last First Middle

**ADDRESS** 1879 Marlowe Street

Thousand Oaks CA 91360

City State Zip Code

**PHONE:** 8053120264 **EMAIL:** lafdvarnum@gmail.com

**PLAINTIFF'S SIGNATURE:**



Tyler Varnum (Jan 13, 2026 15:54:41 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Vasquez Andrew William

Last First Middle

**ADDRESS** 10087 Bel Air Ave

Montclair CA 91763

City State Zip Code

**PHONE:** 6264262061 **EMAIL:** vasquezandrew1998@gmail.com

**PLAINTIFF'S SIGNATURE:** Andrew Vasquez (Jan 11, 2026 19:45:38 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Vaughn / Billy / Eric

Last / First / Middle

**ADDRESS** 30159 Hillside Pl

Castaic / CA / 91384

City / State / Zip Code

**PHONE:** 3109362917 **EMAIL:** vaughnbilly16@yahoo.com

**PLAINTIFF'S SIGNATURE:** Billy Vaughn Jr. (Jan 16, 2026 19:36:41 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Vega | Jesus | Manuel

Last | First | Middle

**ADDRESS** 1125 e 13th st

Upland | Ca | 91786

City | State | Zip Code

**PHONE:** 6262529844 **EMAIL:** manuel_vega24@yahoo.com

**PLAINTIFF'S SIGNATURE:** Jesus Manuel Vega (Jan 12, 2026 07:32:45 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Vega Pete

Last First Middle

**ADDRESS** 6574 Starstone Place

Rancho Cucamonga CA 91739

City State Zip Code

**PHONE:** 9513150198 **EMAIL:** vega9496@gmail.com

**PLAINTIFF'S SIGNATURE:** P. Vega

Pete Vega (Jan 21, 2026 21:12:19 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Viducic (Last) Ryan (First) Andrew (Middle)

**ADDRESS** 2183 Baleria Dr

San Pedro (City) CA (State) 90732 (Zip Code)

**PHONE:** 3107206137 **EMAIL:** rviducic@gmail.com

**PLAINTIFF'S SIGNATURE:** [signature]
Ryan Viducic (Jan 18, 2026 11:04:23 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Villeggiante Jason Anthony

Last First Middle

**ADDRESS** 111 Sunnyside Avenue

Sonoma CA 95476

City State Zip Code

**PHONE:** 6504556152 **EMAIL:** jv2389@gmail.com

**PLAINTIFF'S SIGNATURE:** Jason Villeggiante

Jason Villeggiante (Jan 11, 2026 20:03:55 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** voelker andre

Last First Middle

**ADDRESS** 2925 S Kerckhoff ave

san pedro ca 90731

City State Zip Code

**PHONE:** 6194056773 **EMAIL:** downtown92101@yahoo.com

**PLAINTIFF'S SIGNATURE:** andre Völker

andre Völker (Jan 19, 2026 09:24:21 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Wallace (Last) Ryan (First) Eugene (Middle)

**ADDRESS** 10371 Maikai Dr.

Huntington Beach (City) Ca (State) 92646 (Zip Code)

**PHONE:** 9495336906 **EMAIL:** rewally92647@yahoo.com

**PLAINTIFF'S SIGNATURE:** Ryan Eugene Wallace (Jan 18, 2026 19:02:54 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME**

| Last | First | Middle |
|---|---|---|
| Wan | Christopher | Lee |

**ADDRESS** 471 E grandview ave

| City | State | Zip Code |
|---|---|---|
| Sierra Madre | CA | 91024 |

**PHONE:** 6262027215 **EMAIL:** cwan301@gmail.com

**PLAINTIFF'S SIGNATURE:** Christopher Wan (Jan 15, 2026 10:34:50 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Ware Justin Robert

Last First Middle

**ADDRESS** 15842 Norwich circle

Westminster CA 92683

City State Zip Code

**PHONE:** 7145144949 **EMAIL:** ware_justin@yahoo.com

**PLAINTIFF'S SIGNATURE:** Justin ware (Jan 19, 2026 11:45:39 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Wasserman Garrett Dean

Last First Middle

**ADDRESS** 917 Powell Court

Costa Mesa CA 92626

City State Zip Code

**PHONE:** 7149073834 **EMAIL:** cgmanswim@aol.com

**PLAINTIFF'S SIGNATURE:** Garrett Wasserman (Jan 21, 2026 19:54:22 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Wasserman | Mitchell | Robert
Last | First | Middle

**ADDRESS** 753 Calle las colinas

Thousand oaks | Ca | 91320
City | State | Zip Code

**PHONE:** 8189432321 **EMAIL:** wasserman.mitchell@gmail.com

**PLAINTIFF'S SIGNATURE:** Mitchell Wasserman
Mitchell Wasserman (Jan 14, 2026 21:16:02 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Weddle | Michael | Andrew
Last | First | Middle

**ADDRESS** 1516 Bayview Dr

Hermosa Beach | Ca | 90254
City | State | Zip Code

**PHONE:** 3106664222 **EMAIL:** michaelweddle3@gmail.com

**PLAINTIFF'S SIGNATURE:**
Michael Weddle (Jan 21, 2026 11:17:43 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Werle | Timothy | James

Last | First | Middle

**ADDRESS** 9671 Telhan Drive

Huntington Beach | CA | 92646

City | State | Zip Code

**PHONE:** 7143302711 **EMAIL:** timwerle@gmail.com

**PLAINTIFF'S SIGNATURE:** ______________________

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Wessler Jr | Charles | Philip

Last | First | Middle

**ADDRESS** 20 Seascape Dr.

Newport Beach | CA | 92663

City | State | Zip Code

**PHONE:** 8057015418 **EMAIL:** spikewessler@hotmail.com

**PLAINTIFF'S SIGNATURE:** Charles Philip Wessler Jr

Charles Philip Wessler Jr (Jan 20, 2026 18:52:15 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Whitehead Scott Elliott
Last First Middle

**ADDRESS** 362 McKnight Rd

Newbury Park California 91320
City State Zip Code

**PHONE:** 3525023602 **EMAIL:** headoclay@gmail.com

**PLAINTIFF'S SIGNATURE:** Scott Elliott Whitehead (Jan 15, 2026 09:21:51 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Wickman Brandon Michael

Last First Middle

**ADDRESS** 32215 Corte Illora

Temecula CA 92592

City State Zip Code

**PHONE:** 7607173923 **EMAIL:** brandonwickman@yahoo.com

**PLAINTIFF'S SIGNATURE:**

Brandon Wickman (Jan 16, 2026 18:42:02 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Wilkinson Peter Damian

Last First Middle

**ADDRESS** 28448 Santa Catarina Road

Saugus CA 91350

City State Zip Code

**PHONE:** 8186200116 **EMAIL:** wilkinson510@yahoo.com

**PLAINTIFF'S SIGNATURE:** Peter D Wilkinson

Peter Wilkinson (Jan 19, 2026 15:37:45 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Will Daniel James

Last First Middle

**ADDRESS** 1911 Nowak Ave.

Thousand Oaks CA 91360

City State Zip Code

**PHONE:** 8052178165 **EMAIL:** dan.wont17@gmail.com

**PLAINTIFF'S SIGNATURE:**

Daniel James Will (Jan 18, 2026 17:21:26 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** willahan kenneth patrick

Last First Middle

**ADDRESS** 25242 pradera dr

mission viejo california 92691

City State Zip Code

**PHONE:** 9494125477 **EMAIL:** kennethwillahan@gmail.com

**PLAINTIFF'S SIGNATURE:** Kenneth P. Willahan

Kenneth P. Willahan (Jan 13, 2026 11:45:34 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

| | | | |
|---|---|---|---|
| **NAME** | Williams | Terrence | Scott |
| | Last | First | Middle |
| **ADDRESS** | 10371 Kamuela Drive | | |
| | Huntington Beach | CA | 92646 |
| | City | State | Zip Code |

**PHONE:** 7144405560 **EMAIL:** throtleup@yahoo.com

**PLAINTIFF'S SIGNATURE:** Terrence Scott Williams (Jan 21, 2026 21:19:43 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Williamson James Tate

Last First Middle

**ADDRESS** 15806 Roan Rd

Chino Hills CA 91709

City State Zip Code

**PHONE:** 9094188038 **EMAIL:** kjac0621@yahoo.com

**PLAINTIFF'S SIGNATURE:** james williamson

james williamson (Jan 13, 2026 16:57:36 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Wong Jesse

Last First Middle

**ADDRESS** 1407 Atherton Circle

Fullerton California 92833

City State Zip Code

**PHONE:** 2134471364 **EMAIL:** jessec.wong@gmail.com

**PLAINTIFF'S SIGNATURE:** Jesse Wong (Jan 18, 2026 19:53:13 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** ______________________________

Last First Middle

**ADDRESS** ______________________________

______________________________

City State Zip Code

**PHONE:** ______________ **EMAIL:** wonmeenjun@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Wonmeen Jun (Jan 8, 2026 19:08:52 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** WOODCOX ALEXANDER CHRISTIAN

Last First Middle

**ADDRESS** 34110 AGUA DULCE CANYON ROAD

AGUA DULCE CA 91390

City State Zip Code

**PHONE:** 6619040729 **EMAIL:** alexwoodcox@ymail.com

**PLAINTIFF'S SIGNATURE:** Alexander Woodcox (Jan 11, 2026 21:23:44 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Yokoyama Christopher Paul
Last First Middle

**ADDRESS** 3783 San Anseline Ave

Long Beach Ca 90808
City State Zip Code

**PHONE:** 5628337233 **EMAIL:** yok@verizon.net

**PLAINTIFF'S SIGNATURE:** Christopher Yokoyama (Jan 11, 2026 22:36:05 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Yoshimura Westley Tadao

Last First Middle

**ADDRESS** 14055 Tahiti Way #107

Marina del rey CA 90292

City State Zip Code

**PHONE:** 8053581023 **EMAIL:** wtyosh925@gmail.com

**PLAINTIFF'S SIGNATURE:**

Westley Tadao Yoshimura (Jan 16, 2026 18:27:16 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Young Paul Matthew

Last First Middle

**ADDRESS** 27037 Shorewood Rd

Rancho Palos Verdes CA 90275

City State Zip Code

**PHONE:** 3108181389 **EMAIL:** paulmatthewyoung@me.com

**PLAINTIFF'S SIGNATURE:** Paul Matthew Young (Jan 13, 2026 07:22:41 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Zabala Daniel V

Last First Middle

**ADDRESS** 1 Calle Verano

Rancho Santa Margarita Ca 92688

City State Zip Code

**PHONE:** 9494229345 **EMAIL:** zabalajd@aol.com

**PLAINTIFF'S SIGNATURE:** [signature] Daniel Zabala (Jan 15, 2026 17:40:39 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Zaccaro (Last) Gregory (First) Matthew (Middle)

**ADDRESS** 21292 valewood

Lake forest (City) Ca (State) 92630 (Zip Code)

**PHONE:** 9492947472 **EMAIL:** gregzaccaro@gmail.com

**PLAINTIFF'S SIGNATURE:** Gregory Matthew zaccaro (Jan 9, 2026 16:00:11 CST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Zeolla (Last) Nicolas (First) Dominic (Middle)

**ADDRESS** 9350 Yucca Hills Road

Santa Clarita (City) CA (State) 91390 (Zip Code)

**PHONE:** 6617137582 **EMAIL:** nzeolla@gmail.com

**PLAINTIFF'S SIGNATURE:** Nicolas Dominic Zeolla (Jan 19, 2026 14:13:39 PST)

**REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Zepeda (Last) Alex (First) Alberto (Middle)

**ADDRESS** 21611 Blackhawk St

Chatsworth (City) CA (State) 91311 (Zip Code)

**PHONE:** 8184802306 **EMAIL:** a.zepeda97@yahoo.com

**PLAINTIFF'S SIGNATURE:** [signature] Alex Zepeda (Jan 18, 2026 10:42:37 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Zuleski Matthew Andrew Paul

Last First Middle

**ADDRESS** 1320 Pebble Springs Lane

Glendora Ca 91741

City State Zip Code

**PHONE:** 6268405824 **EMAIL:** mzuleski@gmail.com

**PLAINTIFF'S SIGNATURE:** Matthew Andrew Paul Zuleski (Jan 8, 2026 23:37:35 PST)

## REQUEST TO BECOME PARTY PLAINTIFF (FLSA – City of Los Angeles – Early Relief)

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

**NAME** Zuniga Carlos

Last First Middle

**ADDRESS** 4254 Filhurst Ave

Baldwin Park Ca 91706

City State Zip Code

**PHONE:** 6264757488 **EMAIL:** czuniga108@gmail.com

**PLAINTIFF'S SIGNATURE:** Carlos Zuniga (Jan 19, 2026 18:02:21 PST)